IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 APR -6 AM 11: 40

CLERK J. Hodge
SO. DIST. OF GA.

| | |
|---|---|
| GEORGE W. HARDY, | |
| Plaintiff, | |
| v. | CV 117-172 |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

# ORDER

Before the Court is the Parties' stipulation of dismissal without prejudice as to Defendant Timothy Young, M.D. (Doc. 66.) All appearing parties signed the stipulation. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is a proper mechanism to dismiss less than all parties to a lawsuit. Jackson v. Equifax Info. Servs., LLC, No. 119-096, 2020 WL 476698, at *2 (S.D. Ga. Jan. 29, 2020). Upon due consideration, the Court finds dismissal proper as to Defendant Young.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Timothy Young, M.D. The Clerk is **DIRECTED** to **TERMINATE** Defendant Young as a party to this case and any motions pertaining to him. Except as otherwise agreed, Plaintiff and Defendant Young shall bear their own costs, fees, and expenses with respect to each other.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of April, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2