**EXHIBIT I**

**DEPOSITION OF GEORGE HARDY**

# In The Matter Of:

*GEORGE W. HARDY v.*
*GEORGIA DEPARTMENT OF CORRECTIONS*

---

*GEORGE W. HARDY*
*March 9, 2020*

---

*Augusta Scribes Court Reporters, LLC*
*4 George C. Wilson Ct.*
*Suite A*
*Augusta, GA 30909*

Original File 030920hardy.txt
Min-U-Script® with Word Index

1

1            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF GEORGIA
2                      AUGUSTA DIVISION

3    GEORGE W. HARDY,                )
                                     )
4            Plaintiff,              )
                                     )
5    vs.                             )
                                     )
6    GEORGIA DEPARTMENT OF           )
     CORRECTIONS; STAN SHEPARD,      )
7    in his Individual and Official) Civil Action No.:
     Capacity as Warden of Augusta )
8    State  Medical Prison;          )1:17-CV-00172-JRH-BKE
     KIMBERLY FOUNTAIN, MD,          )
9    Individually and in her         )
     Official Capacity;             )
10   SHONTE WELLS, RN, Individually)
     and in her Official Capacity; )
11   ELIZABETH WEST, CNA,            )
     Individually and in her         )
12   Official Capacity;             )
     TIMOTHY YOUNG, MD,              )
13   Individually and in his         )
     Official Capacity;             )
14   LINDA GIDDENS, RN,              )
     Individually and in her         )
15   Official Capacity; BETTY LEE   )
     MCGREW, Individually and in    )
16   her Official Capacity; and     )
     THE BOARD OF REGENTS OF THE    )
17   UNIVERSITY SYSTEM OF GEORGIA; )
                                     )
18           Defendants.             )
     _____)

19
                        DEPOSITION OF
20                     GEORGE W. HARDY

21                     March 9, 2020
                       11:12 a.m.

22
                 Augusta State Medical Prison
23                  3001 Gordon Highway
                 Grovetown, Georgia 30813

24

25            Andrew Ryan Estroff, CVR, CCR

2

1                    APPEARANCES OF COUNSEL

2

3   For the Plaintiff:

4   Edwin A. Wilson, Esq.
    Frails & Wilson, LLC
5   211 Pleasant Home Road, Suite A-1
    Augusta, Georgia 30907
6   (706) 855-6715
    edwinwilson@frailswilsonlaw.com
7

8   For the Defendants:

9   Peter F. Fisher, Esq.
    Georgia Department of Law
10  40 Capitol Square SW
    Atlanta, Georgia 30334
11  (404) 656-3370
    pfisher@law.ga.gov
12

13  William W. Peters, Esq.
    Georgia Department of Law
14  40 Capitol Square SW
    Atlanta, Georgia 30334
15  (404) 656-6710
    wpeters@law.ga.gov
16

17  For the Defendant, Timothy Young, MD:

18  Annarita L. McGovern, Esq.
    Satcher & McGovern, LLC
19  288 South Main Street, Suite 100
    Atlanta, Georgia 30009
20  (770) 847-7280
    amcgovern@satchermcgovernlaw.com
21

22                        - - - - -

23

24

25

3

1                    INDEX TO DEPOSITION

2                                              Page

3  Cross-Examination by Mr. Peters...................4

4  Cross-Examination by Mr. Fisher..................50

5  Cross-Examination by Ms. McGovern................73

6  Direct Examination by Mr. Wilson.................89

7  Recross-Examination by Mr. Fisher................94

8  Redirect Examination by Mr. Wilson...............98

9  Certificate of Court Reporter...................102

10

11                    - - - - -

12

13                  EXHIBIT INDEX.

14  Defendant's No.:                               Page

15

16             [No Exhibits Offered]

17

18                    - - - - -

19

20

21

22

23

24

25

4

1                   P R O C E E D I N G S
2              MR. PETERS:  This will be the deposition
3         of George Hardy taken in George W. Hardy vs.
4         Georgia Department of Corrections, et al., Case
5         No.:  1:17:CV:172 in the United States District
6         Court for the Southern District of Georgia,
7         Augusta Division.  This deposition is being
8         taken pursuant to notice for the purposes of
9         discovery, use at trial, and all other purposes
10        allowed under the Federal Rules of Civil
11        Procedure.  We are taking this deposition at
12        Augusta State Medical Prison, present are Peter
13        Fisher; Annarita McGovern; Edwin Wilson; Andrew
14        Estroff, the stenographer; and myself.  Please,
15        swear in the witness.
16     [Witness is duly sworn by the court reporter.]
17                      - - - - -
18                   George W. Hardy,
19        Having Been First Duly Sworn, was Examined
20              and Testifies as Follows:
21                 CROSS-EXAMINATION
22  BY MR. PETERS:
23        Q    As I said, Mr. Hardy, my name is Will
24  Peters, I'm an Assistant Attorney General at the
25  Georgia Department of Law.  I represent the

5

1   Department of Corrections, the Board of Regents, and

2   the Defendants, Kimberly Fountain, Linda Giddens,

3   Betty Lee McGrew, Stan Shepard, Shonte Wells, and

4   Elizabeth West.  Have you ever been deposed before?

5       A    Deposed?

6       Q    Have you ever done a deposition?

7       A    No, sir.

8       Q    So I'm going to ask you questions about

9   your claims in this case, that's all a deposition

10  is.  If you do not understand a question, I'll try

11  to repeat the question or change it so that you

12  understand it.  If you answer the question, I will

13  assume that you understood it.  Please, answer

14  questions with a yes or a no rather than shaking or

15  nodding your head.  The court reporter has to write

16  down what we say, I have that habit too, so it has

17  to be clear --

18      A    Yes, sir.

19      Q    -- what we're saying.  Please, wait for me

20  to finish my question before you begin your answer,

21  I'll do the same.  If you need a break, let me or

22  your attorney know, but if there's a question

23  pending before the break, please, answer the

24  question before we take the break.  You have the

25  opportunity to review the transcript for errors and

6

1   sign it and return the transcript to the court

2   reporter.  Would you like to read and sign the

3   deposition transcript?

4           MR. WILSON:  That basically means that you

5       get an opportunity to look over it to make sure

6       that there's nothing left out, there aren't any

7       errors or any misspellings or anything like

8       that.  Well, we'll reserve the right to read

9       and sign until the end, we can discuss that at

10       the end.

11           MR. PETERS:  We can make arrangements to

12       have the transcript sent to you.

13           MR. WILSON:  Yes, that'll be fine.

14       Q    (By Mr. Fisher)  Okay.  Please, state your

15   full name.

16       A    George Washington Hardy, III.

17       Q    And what is your GDC ID?

18       A    542758.

19       Q    And Mr. Hardy, tell me about your family,

20   are you married?

21       A    No, sir.

22       Q    Have you ever been married?

23       A    No, sir.

24       Q    Do you have any children?

25       A    Yes.

7

1      Q      How many?

2      A      I got two kids.

3      Q      How old are they?

4      A      Twenty-eight and thirty.

5      Q      And how far did you go in school?

6      A      To the ninth grade, I finished the ninth

7   grade.

8      Q      And where was that at?

9      A      I went to two different schools, I went to

10   Spalding High School -- I went to Griffin High

11   School in Spalding County, and I went to Herring

12   County High School in McDonough, Georgia.

13      Q      And have you gotten your GED?

14      A      Yes, I have.

15      Q      And was that while you were in the

16   Department of Corrections?

17      A      Yes, sir.

18      Q      And where are you from, Mr. Hardy?

19      A      I'm from Herring County, McDonough,

20   Georgia.

21      Q      And did you live there your whole life?

22      A      Yes, sir.

23      Q      Okay.  Do you have any physical or mental

24   problems that would affect your ability to honestly

25   respond to questions today?

8

1     A     No, sir.

2     Q     Are you taking any medications that would

3  affect your ability to tell the truth or understand

4  my questions?

5     A     No, sir.

6     Q     And you have taken an oath administered by

7  the court reporter, even though we're not in a

8  courtroom today, you understand that that oath has

9  the same affect as one administered in court?

10    A     Yes, sir.

11    Q     Have you ever been involved in another

12 lawsuit besides this one?

13    A     No, not in prison, but I was in like a car

14 accident one time, and I sued their insurance.

15    Q     And was that in state or federal court?

16    A     That was in state, I guess.

17    Q     Were you the plaintiff or the defendant?

18    A     I was the plaintiff.

19    Q     You were the one suing?

20    A     Yes, sir.

21    Q     And what was the result of that case?

22    A     We got like a settlement, we settled out.

23    Q     Do you know how much the settlement was

24 for?

25    A     No, sir, I don't, because the money was

9

1    given to my mother.

2         Q    Okay.  Have you been involved in any other

3    lawsuits besides the car accident?

4         A    No, sir.

5         Q    Have you ever been a witness in a lawsuit?

6         A    No, sir.

7         Q    Have you filed any other lawsuits while

8    incarcerated that deal with the same facts as this

9    case?

10        A    No, sir.

11        Q    What criminal conviction led to your

12   current prison sentence?

13        A    Armed robbery.

14        Q    And that is a felony conviction?

15        A    Kidnapping.

16        Q    Was the armed robbery a felony conviction?

17        A    Yes, sir.

18        Q    And was the kidnapping a felony

19   conviction?

20        A    Yes, sir.

21        Q    What were the sentences for each of those

22   convictions?

23        A    Life.

24        Q    Okay.  Any other criminal convictions?

25        A    Aggravated assault, kidnapping with bodily

10

1    injury.

2         Q    Were those separate cases from the armed

3    robbery and kidnapping that we spoke about?

4         A    All these charges arose from one case.

5         Q    Okay.  What was the sentence on those

6    other charges?

7         A    20, 20, 20.

8         Q    Running concurrent with the life sentence?

9         A    Yes, sir.

10        Q    Any other criminal convictions besides

11   those?

12        A    I have assault on -- well, obstruction of

13   a law enforcement official.

14        Q    Okay.  And is that a felony conviction?

15        A    No, sir, it was a misdemeanor.

16        Q    And what was the sentence?

17        A    Five years running concurrent with my

18   sentence.

19        Q    Okay.  Any other criminal convictions?

20        A    No, sir.

21        Q    And where are you currently incarcerated?

22        A    Here at Augusta State Medical Prison.

23        Q    What is your security classification?

24        A    Close.

25        Q    Why do you have that security

11

1   classification?

2       A     Well, they -- normally they would do a

3   security review to lower, like manually lower, but

4   now they do it by computers, and I guess by me

5   coming from the institution that I been at, you

6   know, my security hadn't dropped yet.  I came from

7   Hays State Prison, and I think everybody know -- it

8   hasn't dropped yet, my security hasn't dropped yet.

9       Q     Have you received any disciplinary reports

10  that have affected your security classification?

11      A     I've received some, but they haven't

12  affected my security classification that I know of.

13      Q     Okay.  And what disciplinary reports have

14  you received?

15      A     Possession of a weapon.

16      Q     All right.  And when was that?

17      A     It was like last year or something.

18      Q     Any other disciplinary reports?

19      A     Possession of prohibited item, you know,

20  stuff like that.

21      Q     Okay.  Any other disciplinary reports?

22      A     You know, they go like a 12-month period

23  of time, I been -- they go like a 12-month period of

24  time with the disciplinary reports, after 12-months,

25  it's no longer there, unless -- I been here a long

12

1    time, so I was -- you know, actually be here all day

2    telling you my disciplinary charges.  Those are

3    these most recent ones that I just gave you, those

4    are the most recent ones, the most serious ones.

5         Q    Have you ever received a disciplinary

6    report for being aggressive with medical staff?

7         A    Yes.

8         Q    How many have you received for that?

9         A    A couple.  Well, to be exact, I wouldn't

10   want to tell you that it was five or six and not be

11   exact, I wouldn't want to tell you that.  It's been

12   like over the years.

13        Q    Okay.  So your estimate is five or six

14   disciplinary reports?

15        A    No, sir, I'm not estimating.

16        Q    Okay.

17        A    I'm not estimating, I'm just saying if you

18   gave me a chance to go back and view my disciplinary

19   file, I could come and give you an accurate answer,

20   but I can't sit here -- I won't sit here and say

21   that it's 10 or 20.

22        Q    And where were you incarcerated when you

23   received those disciplinary reports for being

24   aggressive to medical staff?

25        A    Where, Hancock, you know, place -- those

13

1    are the two that I can remember.  Where, Hancock,

2    Augusta, that's it.

3        Q    So to clarify, have you received a

4    disciplinary report of that nature while at ASMP?

5        A    Yes, I have had a disciplinary report for

6    insubordination, being insubordinate towards staff

7    and -- you know.

8        Q    While at ASMP?

9        A    Yes, sir.

10       Q    What about GDCP, have you received any of

11   those types of disciplinary reports at GDCP?

12       A    You mean for like cursing or

13   insubordination, you know, cursing at --

14       Q    Medical staff, yes.

15       A    Yes.

16       Q    Okay.  So I believe you've mentioned

17   Hancock State Prison, Augusta State Medical Prison,

18   and Georgia Diagnostic and Classification Prison as

19   prisons where you have received disciplinary reports

20   for being aggressive towards medical staff, any

21   other prison facilities where you have received

22   reports like that?

23       A    No.

24       Q    Okay.  In preparation for your deposition

25   today, did you review any documents?

14

1      A      Yes.

2      Q      What specifically did you look at?

3      A      Basically just my complaint, I looked at

4   my complaint, I looked at my second amended

5   complaint, I looked over that, and just -- you know,

6   just briefly over most of it.

7      Q      Any other documents that you looked at in

8   preparation for the deposition?

9      A      Today?  Not today, not this morning.

10     Q      No, at any time ever in preparation for

11  the deposition, have you looked at any other

12  documents?

13     A      My notice of deposition.

14     Q      Have you reviewed any medical records in

15  preparation for your deposition?

16     A      No, sir, I have not.

17     Q      Do you have any documents with you today?

18     A      Yes, sir.

19     Q      What do you have with you?

20     A      I have copies of my complaints, the

21  orders, different stuff that I figured I maybe

22  needed, because I'd never been to a deposition, I

23  figured y'all would need some of it.

24     Q      Do you have any medical records with you

25  today?

15

1        A    Not my medical records, just orders and
2   complaints.
3        Q    Do you have any notes or anything like
4   that that you've prepared for your deposition?
5        A    No, sir, not written.
6        Q    Have you ever discussed this case with
7   anyone other than your attorney?
8        A    No, sir.
9        Q    So next, let's talk about the individual
10  defendants in this case starting with Kimberly
11  Fountain.  Who is Kimberly Fountain?
12       A    That was Dr. Fountain, she's a female that
13  worked at 2A, she was a doctor over the unit that I
14  was on.
15       Q    Where at?
16       A    Here at Augusta State Medical Prison.
17       Q    And why are you suing her?
18       A    Because I feel that she was very negligent
19  in the care of my care [sic].  I was -- I had a
20  problem that started, and I felt like it could have
21  been fixed or helped, and it wasn't; and as a
22  result, I lost my whole leg.
23       Q    So specifically, what do you contend that
24  she did or did not do that was negligent in this
25  case?

16

1        A    I kept telling her my foot was hurting,

2   and it swelled up and turned -- I kept trying to get

3   her to give me some help for my foot, it kept

4   hurting.  I got a history with clots, you know, and

5   living right there on that unit with that same

6   doctor, and nothing was done, and the clot

7   progressed, I guess, according to medical, and it

8   turned infected and the infection turned to

9   gangrene, and the gangrene was spread all down my

10  leg.

11       Q    We'll talk in more detail about your

12  claims against Dr. Fountain.  Next, Linda Giddens,

13  who is Linda Giddens?

14       A    She was a nurse, Ms. Giddens, on 2A on the

15  same unit.

16       Q    At Augusta State Medical Prison?

17       A    Yes.

18       Q    And why are you suing her?

19       A    She was under the instruction of these

20  doctors, I guess, you know what I'm saying, do not

21  do whatever, you know, and she -- I'm suing her

22  because she saw me too, she saw me in that shape

23  too, and nothing was done.

24       Q    And specifically, what do you contend that

25  she did or did not do in this case?

**17**

1      A    She did not offer me any medical treatment
2  when she saw the condition that my leg and my foot
3  was in.
4      Q    And the next, who is Betty Lee McGrew?
5      A    She was the Warden of Security here.
6      Q    And was McGrew involved in your medical
7  treatment?
8      A    No, sir.
9      Q    What do you contend that McGrew did or did
10  not do that violated your rights in this case?
11      A    She did not try to get the people -- I
12  showed her my leg and my foot when she came through
13  for inspection, you know they walk through for
14  inspection every day, when I been over here for like
15  over 20 years, and I -- she saw me, she saw my foot
16  and my leg, and nothing happened, she did nothing,
17  she did nothing to help me, she never instructed
18  nobody to help me.
19      Q    And next is Stan Shepard.  Who is Stan
20  Shepard?
21      A    He was the Warden here.
22      Q    And was Shepard involved in your medical
23  treatment?
24      A    No, sir.
25      Q    And what do you contend that Shepard did

18

1   or did not do that violated your rights in this

2   case?

3       A    He told me if you make one more scream or

4   outburst on this unit, I'm gonna put you behind the

5   wall in 6A.  And he could visually see that, he

6   could see, because I had only a gown on, everybody

7   could see my leg.

8       Q    Okay.  Next is Shonte Wells.  Who is

9   Shonte Wells?

10      A    She was a nurse that worked on the unit.

11      Q    And why are you suing her?

12      A    She saw my leg in that shape as well.

13      Q    And when you said that she's the nurse on

14  the unit, do you mean at ASMP?

15      A    Yes, sir.

16      Q    What specifically did she do or not do

17  that you contend violated your rights or was

18  negligent?

19      A    I was asking her as well as the other

20  nurses to get me some help or get somebody to do

21  something, look at my leg, you know, you can tell

22  something was -- look at my leg.

23      Q    Okay.  Next is Elizabeth West.  Who is

24  Elizabeth West?

25      A    Ms. West was like a night -- I think she

1   was an HST.  I don't think she -- yeah, she was a

2   HST.  She cleaned, she basically -- and I would show

3   her and, you know -- and ask her, you know what I'm

4   saying, you know, give me some help, let somebody

5   know or something, you know.

6        Q    What does HST mean?

7        A    I'm not sure.  I just know that they come

8   and bandage and, you know, rewrap and stuff like

9   that.  That's about all I know of it, all I ever

10  seen them do.  But I asked her for -- you know, to

11  get somebody to get me some help too, somebody help

12  me, look at my leg, nobody would, nobody.

13       Q    Okay.  And finally, who is Timothy Young?

14       A    He used to be the medical director here,

15  he used to be the medical director here.

16       Q    At ASMP?

17       A    Yes, sir.

18       Q    And why are you suing Dr. Young?

19       A    Well, Dr. Young came on the unit on a

20  Saturday, and I thought that he was, you know, over

21  this -- on that particular day, and I called him,

22  you know, to tell him, you know, to look at my leg,

23  look at my leg.

24       Q    Okay.  Well, let's go into the specifics

25  about those claims.  What medical conditions do you

20

1  have?

2       A    Diabetes.

3       Q    Any other medical conditions?

4       A    I got artery disease.

5       Q    Any others?

6       A    No, sir, just blood pressure all related

7  to diabetes.

8       Q    And how long have you had diabetes?

9       A    Probably ten years or more that I know of,

10  that I'm -- that I know of, because I never got -- I

11  didn't go to doctors and stuff when I was in the

12  street, and, you know, one day I got tested here,

13  and that's what it came out to be, diabetes.

14       Q    And do you take any medications for

15  diabetes?

16       A    Now I do.

17       Q    Which medications?

18       A    I take insulin, metformin.

19       Q    I believe you also said you had artery

20  disease.  How long have you had artery disease?

21       A    Since 2007, that I know of.

22       Q    And what medications do you take for that

23  medical condition?

24       A    I take Plavix, aspirin, and Trental.

25       Q    What is Plavix for?

21

1      A    Well, for like thinning out a clot,

2   clotting, and it's an anticlotting medication,

3   really.

4      Q    And one of those medications, did you say

5   tremotol?

6      A    Trental -- trentental -- T-R-E-N-T-O-Y-L

7   [sic].

8      Q    At what do you take that medication for,

9   what does it do?

10      A    It's a blood thinner.

11      Q    It's a blood thinner as well?  And do you

12   take aspirin for the same reason?

13      A    Yes, sir.

14      Q    And then blood pressure, how long have you

15   had problems with your blood pressure?

16      A    Well, it's just like off and on, I don't

17   take medication for it, for my blood pressure.  They

18   don't give me medication for it.  My blood pressure

19   is regulated with my diet and exercise.  I no longer

20   take medication for it, haven't for a couple years

21   now.

22      Q    So other than diabetes, artery disease,

23   and blood pressure, do you have any other medical

24   conditions?

25      A    No, sir.

22

1        Q      How do those medical conditions impact
2    your daily life?
3        A      Now, it -- now, I mean, my -- you mean how
4    did it impact my life?
5        Q      Yeah.
6        A      In a lot of ways.  I mean, I have to watch
7    what I eat, you know, I have to be very careful now
8    with what I eat and sometimes -- well, they don't
9    really have a direct impact on me, I don't think so,
10   but I can't say because I'm not a doctor.  I'd say I
11   be bothered by it sometimes, sometimes I am, and
12   sometimes I'm not at all, so --
13       Q      Okay.  In your complaint you alleged that
14   you had surgery to remove your salivary gland
15   in 2015.  When was that surgery specifically?
16       A      I want to say July the 6th -- no, no, no.
17   Could you give me a minute to speak with him,
18   please?
19              MR. WILSON:  No, you can't ask me --
20       Q      (By Mr. Peters)  No, I'm asking whether
21   you recall the date that the surgery was performed.
22       A      No, not the exact date.
23       Q      Where was that surgery performed?
24       A      At one of the hospitals downtown by a ear,
25   nose, and throat specialist.

23

1      Q     And when were you transferred to -- so is

2  that a hospital --

3      A     Yes.

4      Q     -- other than ASMP?

5      A     Yes, sir.

6      Q     When were you transferred to the hospital,

7  was it the day of the surgery?

8      A     I don't think I can accurately answer that

9  question, because I've been to the hospital downtown

10 so many times, I --

11     Q     In which facility were you housed in at

12 that time?

13     A     Which prison?

14     Q     Which prison, yes.

15     A     I was at Georgia Diagnostic Classification

16 high-max unit.

17     Q     And high-maximum, was that tier 3 with the

18 special management unit?

19     A     Yes, sir.

20     Q     And why did you need that surgery?

21     A     Because the salivary gland, it was

22 blocked, it had calcium buildup, it had calcium

23 buildup and it was blocked, and it was causing like

24 an -- a vile like infection or something, you know,

25 but I had to have it because it was calcium, a piece

**24**

1    of calcium buildup in the gland, so they had to

2    remove it.

3         Q    So the surgery was just to remove the

4    salivary gland?

5         A    Yes, sir.

6         Q    And do you remember who did the surgery?

7         A    Just ear, nose, and throat, all I --

8         Q    All right.  You allege in your complaint

9    that medical staff at GDCP discontinued your Plavix

10   medication before the surgery.  Why were you taking

11   Plavix at that time?

12        A    For I had the anticlotting, the blood

13   thinners.

14        Q    Who made the decision to take you off

15   Plavix before the surgery?

16        A    Dr. Edward Hale Burnside.

17        Q    How many days before the surgery did you

18   stop taking Plavix?

19        A    It was probably, I want to say -- I'm

20   gonna say seven.

21        Q    Seven days?

22        A    Yes, sir.

23        Q    Did Dr. Burnside tell you why he was

24   taking you off the Plavix before the surgery?

25        A    No, but he did tell me that I had nothing

1   to worry about, and if I had any problem, that ASMP

2   would address it when I got here for surgery.

3        Q    Okay.  So at that time, you understood

4   that you'd be brought to ASMP after the surgery?

5        A    Okay.  He took me -- Dr. Burnside took me

6   off of my Plavix, after about a week of being off my

7   Plavix, I wrote a sick call to go in to see him, and

8   I explained to him, Dr. Burnside, you took me off my

9   Plavix, you know, he told me don't worry about it,

10  if there's any issues, if there are any issues by me

11  taking you off your Plavix, address it to Augusta,

12  ASMP --

13       Q    Okay.

14       A    -- and he transferred me here.

15       Q    Okay.  So did you -- were you here before

16  the surgery at ASMP, or did you go right from GDCP

17  to the hospital?

18       A    I was here at Augusta, ASMP before the

19  surgery.

20       Q    Just ballpark, how long were you here

21  before the surgery at ASMP?

22       A    From June the 24th to, I'm going to say

23  July the 6th.  Yeah, that's the date I went to

24  surgery, July the 6th.

25       Q    And did any of the medical staff at ASMP

26

1    talk to you about your Plavix before the surgery?

2         A      I spoke to the doctor and several nurses.

3         Q      Do you recall who?

4         A      Yes.

5         Q      Who did you speak to?

6         A      Dr. Fountain.

7         Q      Okay.  Who else?

8         A      Nurse Giddens, Nurse Obuka, Nurse

9    Mitchell, you know, letting them know that I don't

10   have my Plavix, and y'all know -- I was a regular on

11   that unit for blockage, you know, arteries and stuff

12   like that, that's what I was going on the

13   anticlotting medication for, so I had been back and

14   forth on the unit for like years, so it was very

15   familiar with my health condition, you know, and I

16   was telling them that I'm not on my Plavix, I'm not

17   on my Plavix.

18        Q      I'm sorry, I missed the name of the nurses

19   involved.  Who was involved?

20        A      Nurse Jackie Mitchell.

21        Q      Who else?

22        A      Nurse Obuka.

23        Q      Okay.

24        A      I can't -- it's just those two that I can

25   remember.

27

1     Q    And before the surgery, what did
2  Dr. Fountain say about your Plavix prescription, did
3  she say anything to you about it when you asked her?
4     A    She just basically ignored me throughout
5  the whole time, that's why I was trying to call
6  Dr. Tim Young when I saw him -- when I did see him,
7  and I thought he was still the medical over there.
8     Q    So explain what you mean by that.  You
9  said that you asked Dr. Fountain about your Plavix,
10  what do you mean by she ignored you?
11     A    I said, Dr. Fountain, you know, each
12  morning they come in your room, take your blood
13  pressure and stuff like that, I said, Dr. Fountain,
14  I said, it's like my fourth day here, and I'm still
15  not getting my Plavix, and she said, well, you'll
16  have to wait until you go back to Jackson before you
17  get your Plavix.  And after that, each time I asked,
18  never anything.  When the clot came in my foot, I
19  said, Dr. Fountain, it's probably because I'm not on
20  my medication.
21     Q    I'm talking about before the surgery.
22     A    Before the --
23     Q    Surgery.
24     A    -- salivary gland surgery?
25     Q    Yes.

28

1      A    Okay.  I spoke to her when I first arrived

2  here from Jackson, I told them that the medication,

3  that I was off of the medication Plavix, and

4  Dr. Burnside had told me don't worry about it, if

5  anything arises, let them know when I get to ASMP,

6  and I let them know.

7      Q    Okay.  And when did you start taking

8  Plavix again after the surgery?

9      A    It was like, maybe -- I still didn't get

10  my Plavix after my salivary gland surgery, they

11  still didn't give it to me.  I got my Plavix when I

12  went back to Jackson.

13      Q    Okay.  So you're stating that after the

14  surgery at the hospital, you came back to ASMP;

15  right?

16      A    Yes.

17      Q    So are you saying that they never gave you

18  Plavix at ASMP?

19      A    No.

20      Q    When did you start taking Plavix?

21          MR. FISHER:  Do you want to clear that up,

22      Will?  I don't think he meant no to the

23      question you asked, so, just --

24          THE WITNESS:  No, I meant that after my

25      surgery, no, they did not continue -- they

29

1       didn't give me -- start back giving me my
2       Plavix, and I was kept here from like July
3       the 6th to like the 23rd, and they didn't give
4       me my Plavix.  And while I was kept here after
5       my surgery, I could never tell you because
6       people in high-max, they usually get them out
7       of here.
8       Q    (By Mr. Peters)  Okay.  When did you start
9  taking Plavix again after the surgery?
10      A    When I got back to Jackson, I'm gonna say
11  some time like -- like -- I left -- when I left from
12  here after my salivary gland surgery, my leg was
13  already done.  When they got me back to high-max,
14  they would not accept me, they sent me to Georgia
15  Baptist -- well, Atlanta Medical Center now.  They
16  sent me to Atlanta Medical Center, and Atlanta
17  Medical Center cut my leg off.  I stayed at Atlanta
18  Medical Center for some time, and they sent me back
19  here, because the Department of Corrections wouldn't
20  allow me to be on a high-max unit.
21      Q    Okay.  My question was when did you start
22  taking Plavix again after the surgery, how long?
23      A    I couldn't give you an accurate answer on
24  that.
25      Q    Okay.

1      A      All I can say is when I came back here

2    after my amputation and my stay at Atlanta Medical

3    Center and -- it had to be when I was at Atlanta

4    Medical Center, I think they started giving it to me

5    then, after my leg was cut off.

6      Q      So because you don't know the exact date,

7    you don't know how many days you were off Plavix

8    total; right?

9      A      At which time?

10     Q      Before --

11     A      From the time he had taken me off of it --

12     Q      Yes.

13     A      -- to the time I got my leg cut off?

14     Q      Yes, total time.

15     A      I know for a fact that I was off of Plavix

16   from June -- I would like to say that I was off

17   Plavix from June 16th through July the 23rd.  They

18   left it that I can't, you know -- the exact --

19     Q      So after the surgery to remove your

20   salivary gland, you were brought back to ASMP;

21   right?

22     A      Yes, sir.

23     Q      In your complaint, you allege that you

24   started experiencing leg pain some time when you

25   came back to ASMP; right?

31

1      A     (Nods head.)

2            MR. WILSON:  You have to say yes or no.

3            THE WITNESS:  Yes, sir.

4      Q     (By Mr. Peters)  Describe the pain that

5  you were experiencing at that time.

6      A     In my feet and just below my lower part of

7  my calf I felt numbness, tingling, it's like a real

8  numbness, and then as the days pass by, instead of

9  walking with my foot like this (indicating), I can

10  no longer, they just (indicating).  This happened

11  here on that medical unit.  Them CERT officers out

12  there, a couple of them had to pick me up off of the

13  floor a couple times.

14      Q     When did you first start experiencing that

15  leg pain?

16      A     When I -- well, it started with just my

17  foot.  When I first came here, I felt some, you

18  know, pain, and I let the doctors and nurses know

19  it, and I told them that it was because of my

20  Plavix.  You know, I know what clots are, because I

21  got stents and surgery, I got implants and grafts

22  and everything in me, circulation, therefore, this

23  happened.

24      Q     In your complaint, you allege that on

25  July 2nd, 2015, you informed ASMP medical staff

1    about the symptoms that you're describing.  Who did

2    you inform on that date, if anybody?

3        A    Nurses, several different nurses, or I

4    told, I think, the doctor.

5        Q    Who specifically did you inform?

6        A    I can't accurately give you -- but I know

7    for a fact that it was Dr. Fountain.

8        Q    So Dr. Fountain's the only person that you

9    can specifically recall?

10        A    It's like there's so many nurses in -- you

11    got units, and it's the nurses in and out of this

12    unit, in and out.  You got some thinking about

13    insulin, you got those that come in and give out

14    pills, got these that come in and do dressing

15    change, bedding change, each -- you got the unit,

16    but you got different nurses for each task, and they

17    rotate and move all day.  Some of them you just know

18    them by being there, being on the unit, you know,

19    seeing them being on the unit, that's all I know.

20    But that doctor stays on that unit, the doctor don't

21    roam.

22        Q    So for Dr. Fountain, how did you inform

23    Dr. Fountain of your symptoms?

24        A    I showed them, you know, they got a -- you

25    know, when you look at my leg, she stood on the

33

1   outside of the room and stood there, and I said,

2   look, I said, I got some pain in my leg, I said, you

3   know what my situation with clots and stuff.

4        Q     Do you recall her saying anything during

5   that encounter?

6        A     Walk it off.

7        Q     On that date that we spoke about, July

8   2nd, do you recall receiving any treatment for

9   your leg pain on that date?

10       A     Could I take a moment before I answer it?

11   I want to check with some -- could I do that,

12   because I don't want to give you an inaccurate or

13   unfactual answer, statement?

14       Q     So, no, listen to my question.  Do you

15   recall, independently of looking at anything,

16   whether or not you received treatment on that date?

17       A     I can't remember well enough to --

18       Q     You also allege in your complaint that on

19   July 9th, 2015, you advised ASMP medical staff that

20   you needed pain medication for your foot.  Who did

21   you tell that you needed pain medication on

22   July 9th?

23       A     I don't mean to, you know, offset this,

24   but I think they gave me Percocet and a hot

25   press [sic].

34

1     Q    Okay.  We're talking about the previous

2  instance on July 2nd; right?

3     A    July 2nd, yeah.

4     Q    So are you recalling that they gave you

5  Percocet and a hot press?

6     A    I think they gave me Percocet and a hot

7  press on my leg.

8     Q    Did the Percocet and the hot press on your

9  leg help with any of the pain?

10     A    No, nothing helped.

11     Q    So back to the question that I asked, you

12  also allege in your complaint that on July 9th,

13  2015, you advised ASMP staff that you needed pain

14  medication for your foot.  Who did you tell that you

15  needed pain medication?

16     A    Dr. Fountain and probably every nurse that

17  came in there.

18     Q    Can you recall the names of any of the

19  nurses?

20     A    Just Dr. Fountain, that's the only one I

21  can remember, recall the name.

22     Q    And how did Dr. Fountain respond?

23     A    As usual, walked off.

24     Q    What about the nurses, how did they

25  respond?

35

1       A       My memory in that area, I mean, it's -- I

2    don't want to say something that'll harm me, and I

3    don't want to sit here and sound like a person

4    telling a lie about something, you understand, so

5    when that -- when you ask me stuff like that and I

6    don't know, I just don't want to be --

7       Q       So you can't recall the specifics of that

8    particular appointment on July 9th; right?

9       A       I don't think any nurse -- no nurse gave

10   me anything.

11      Q       Okay.

12      A       But on that date, July the 9th, you

13   talking about -- I don't know, my memory isn't well

14   enough to remember a nurse and what she gave me,

15   which nurse, I can only testify to the things I can

16   remember.

17      Q       Okay.  You also allege in your complaint

18   that on July 12th, 2015, you advised ASMP medical

19   staff of your persisting leg pain.  Can you recall

20   any of the specifics about that date?

21      A       I remember, you know, the entire time I

22   was up on 2A complaining about my leg and, you know,

23   letting people know.  I stopped at the doctors, I

24   stopped -- you see, I stopped everything from the

25   nurses to the medical director.

36

1      Q    No, no, no, I asked specifically about

2  July 12th, 2015.  Do you remember that specific

3  date, the medical encounters that you had?

4      A    No, sir.

5      Q    Okay.  Next you allege that you voiced

6  complaints on July 13 and 14.  Do you remember who

7  you voiced complaints to on those two dates?

8      A    If it was anybody, it had to be the doctor

9  and the medical director.

10     Q    Do you know specifically who it was at

11  this time?

12     A    At this time, I couldn't factually tell

13  you who it was, I couldn't tell you.  I couldn't

14  recall -- remember who it was and be truthful about

15  it.

16     Q    Okay.  Let's talk about something that you

17  said earlier.  You allege in your complaint that

18  Stan Shepard threatened to move you to a secluded

19  area in the prison because you were crying out and

20  yelling.

21     A    Yes, sir.

22     Q    When did that occur?

23     A    I can't remember the exact date on that,

24  but I remember -- I remember it very, very well, I

25  remember the date very well.

37

1        Q      Were you actually moved to a secluded
2   area?

3        A      Later, not then, but he did move me.

4        Q      What does later mean?

5        A      After I had my amputation.  After I had my
6   amputation and came back here, Warden Shepard had
7   officers Sergeant Cratis that's still here now, and
8   Officer Sunderland take me to 12A, up a flight of
9   stairs, and into room 212.  Put me upstairs in the
10  lockdown area in holding after my amputation.

11       Q      Did you continue to have medical
12  appointments at that time?

13       A      I had medical appointments, but they don't
14  come to get me.

15       Q      You also allege in your complaint that on
16  July 16th, 2015, you advised one or several of the
17  ASMP medical staff that you were experiencing leg
18  pain and numbness in your foot.  Can you recall who
19  you told on that specific date?

20       A      No, sir.

21       Q      Do you recall any details of any medical
22  encounter that you had on that date?

23       A      No, sir.

24       Q      You also allege that on July 17, 2015,
25  you again saw -- had an encounter with the medical

38

1  staff at ASMP.  Can you recall any of the specifics

2  of that medical encounter?

3      A    No, sir.

4      Q    Do you recall any of your treatment at all

5  on that date?

6      A    No, sir.

7      Q    You also allege that on July 18, 2015, you

8  again complained of leg and foot pain to the medical

9  staff at ASMP.  Can you recall any of the specifics

10  about that date?

11      A    No, sir.

12      Q    You also allege that on July 19, 2015, you

13  continued to complain of leg pain and foot pain.

14  Can you recall specifics of any of those complaints

15  on that date?

16      A    No, sir.  Those dates and stuff that you

17  giving me, that don't give me no idea of anything,

18  you know what I'm saying, it's actually to provoke

19  an answer that I'm not factual on.  No, I don't

20  remember.

21      Q    While you were at ASMP during that time,

22  were you able to walk around?

23      A    During that entire time, from the time I

24  came for the salivary surgery?

25      Q    Yes.

39

```
1        A    I could at first, when I first came, I
2   could.
3        Q    Okay.  And so you were able to stand on
4   that foot?
5        A    Yes.
6        Q    And walk on it?
7        A    Yes.
8        Q    Did you ever have trouble with walking?
9        A    Yes.
10       Q    When did that happen?
11       A    After I was here, I can't remember the
12   exact date, but as I told you, it stopped.  You
13   walk, you walk with your foot, it stopped and it
14   started to drag.  These CERT officers, they'll
15   verify it, they got me up off the floor a couple
16   times, I was going to get X-rays and stuff to see
17   how the surgery was coming along with this, it
18   stopped, my foot, my foot didn't work no more.  And
19   before I left it --
20       Q    Could you move your foot even though you
21   couldn't walk, were you still able to move your
22   foot?
23       A    No, sir.
24       Q    Were you able to move your foot when you
25   arrived at ASMP?
```

40

1        A      Yes, I could.

2        Q      When did you start having trouble moving

3  your foot?

4        A      I can't be accurate with the date, not,

5  you know --

6        Q      And while you were at ASMP, you were

7  provided pain medication; correct?

8        A      Yes.

9        Q      And I believe you said you were provided

10  Percocet?

11       A      Yes.

12       Q      Any other pain medications?

13       A      No, just Tylenol.  You know, I had

14  surgery --

15       Q      Uh-huh.

16       A      -- for this salivary gland removal, and

17  that was real painful.

18       Q      How often were you provided Percocet?

19       A      I can't be accurate with answering that.

20       Q      What effect did the Percocet have?

21       A      I guess it does with the pain, with the

22  pain that came along because I had to get -- well, I

23  guess it was supposed to help with pain.

24       Q      Okay.  You were also provided warm

25  compresses; right?

41

1      A      Yes.

2      Q      How often were you provided warm
3   compresses?

4      A      I can't remember the nurse's name, but it
5   was a night nurse who come in and give -- you know
6   what I'm saying, to put on my leg.

7      Q      And when we talk about warm compresses,
8   what does that mean, warm compresses?

9      A      A plastic bag with a jug, like a diaper in
10  it with hot water in it and then they put it in the
11  microwave and let it get hot.

12     Q      Okay.

13     A      And then they give it to the inmate.

14     Q      And did the warm compresses help?

15     A      No.

16     Q      So other than the dates that we spoke
17  about earlier at ASMP when you had voiced complaints
18  to medical staff, do you recall any other specific
19  dates when you had voiced complaints to the medical
20  staff?

21     A      Just like the day of my arrival when I
22  came here, and the day I think I left from July
23  the 24th, I left on July the 24th.  When I left on
24  July the 24th, the doctor, Dr. Kimberly Fountain was
25  standing at the door in front of me, and the special

42

1   management unit officers was telling her that they

2   needed a wheelchair for me and what happened to my

3   leg, what happened to me.  They was asking what

4   happened to me, she stood at the door in front of

5   me, she was going out, she waited until we got

6   there, and I told her, I said, what happened, you're

7   going back to your institution now, let them find

8   out.  Each time I voiced my pain to Dr. Fountain,

9   Dr. Fountain told me each time you are only going to

10  get treated for what you came here for.

11       Q    While you were at ASMP, do you recall

12  whether the medical staff did any tests on your leg?

13       A    No, sir.

14       Q    Do you recall whether they examined your

15  leg?

16       A    No, sir.

17       Q    Did you state that you were transferred

18  to -- you were transferred on July 24th?

19       A    I think it was the 23rd or 24th.

20       Q    And were you transferred to GDCP?

21       A    Yes, sir, I was sent back to GDCP.

22       Q    And in your complaint you allege that when

23  you arrived at GDCP, you were examined by medical

24  staff; is that right?

25       A    Upon my arrival?

43

1      Q    Yes.

2      A    Yes, I was.  You know they check you in,

3   vitals and stuff like that, doctor -- Nurse Linda

4   Adair took my vitals and stuff and seen the

5   situation that's going on, put me out to see a

6   doctor.  They called Dr. Burnside that night, and

7   the next morning Dr. Burnside asked me to come over

8   and do an angiogram, and the lady did the angiogram

9   and saw -- saw my leg and saw what was inside of it,

10   and they immediately sent me to Georgia Baptist, and

11   they cut it off, cut my leg off.

12      Q    How long were you at GDCP before you were

13   transferred again to the hospital?

14      A    Just that evening, overnight, just that

15   evening overnight.

16      Q    And were you transferred to Atlanta

17   Medical Center?

18      A    Yes, sir.

19      Q    What treatment did you receive when you

20   arrived at Atlanta Medical Center?

21      A    They drew some blood, the doctor came

22   back, told me what was wrong.

23      Q    What did they say about what was wrong,

24   can you recall?

25      A    He told me my leg had gangrene in my leg,

**44**

1    and he was trying to save as much of it as he could.

2         Q    Can you recall when they informed you that

3    you had gangrene in your leg, how long after you

4    arrived at Atlanta Medical Center?

5         A    It was the same day.

6         Q    The same date that you arrived?

7         A    Yes, sir.

8         Q    When did the doctors at Atlanta Medical

9    Center tell you that you needed an amputation, how

10   long after you arrived there?

11        A    You see, this is where I get mixed up with

12   all the medications and stuff, this is where I

13   don't -- I don't even know how long I was there, but

14   I remember when he brought the papers and told me to

15   sign, you know, for the surgery, and I don't even

16   know how long I was there, when I woke up, I was

17   here, and they told me my father was dead and buried

18   on the same day I got an amputation.  The staff

19   here, Ms. McDowell, the unit manager brought the

20   phone to my room.

21             MR. PETERS:  Let's take a brief break, go

22        use the restroom.

23                  [A break is taken.]

24        Q    (By Mr. Peters)  Okay.  You said that

25   Dr. Fountain was on the ward at ASMP during this

45

1   time that we're talking about; right?

2        A     (Nods head.)

3        Q     I'm sorry, was that a yes?

4        A     Yes, sir.

5        Q     And when Dr. Fountain would come see you,

6   did she ever examine you at this time?

7        A     She would come in and take vitals and

8   stuff like that.  If she did examine me, I don't

9   remember.  Being truthful, I can't say that I can

10  remember examination from her or anybody else

11  concerning my foot.

12       Q     So you said she would come in and take

13  your vitals?

14       A     Yes, she would throughout the whole unit,

15  that's what they start the day off with, taking

16  people's vitals and --

17       Q     How often do you think she took your

18  vitals during that time period?

19       A     From the time I was brought here --

20       Q     Uh-huh.

21       A     -- to the time I left?

22       Q     Uh-huh.

23       A     It's like a month.

24       Q     Okay.  Are you saying this is like every

25  day or --

46

1      A      Every day that she worked, the doctor

2   checks, that's who marks your chart, the doctor.

3      Q      Okay.  And did she ever look at your leg?

4      A      She may have when it first started, I

5   don't recall an exact -- well, I -- yeah, she looked

6   at my leg, my foot too.

7      Q      Okay.

8      A      She kind of like -- you could see that

9   there was something wrong, you're not a doctor,

10   but -- okay.  Yeah, she looked at it, she examined

11   it.

12      Q      Okay.  And earlier when you said that you

13   were able to walk around, again, when were you not

14   able to walk on your foot while you were at ASMP?

15   Let me rephrase that.

16            Were you able to walk around, it was just

17   hard to walk on that foot, were you still able to

18   stand up the whole time you were at ASMP?

19      A      No, but on the last day I was here, I was

20   helped to the van by Lieutenant Dupree at Georgia

21   Diagnostic and Classification Prison in Jackson, she

22   watched the other two officers -- believe it or not,

23   they dead -- but Lieutenant watched this one that

24   got hit by a car changing the tire on 85 going back,

25   and the other one, I think they said he had a

**47**

1    massive heart attack or something.  But that

2    Lieutenant Dupree, she's still at Jackson, but she's

3    not at high-max, she's across the street, she's

4    lieutenant across the street, she watched, they had

5    to carry me and put me on a van.

6         Q    Okay.  But up until that point -- what I'm

7    asking is, were you able to walk on the leg and it

8    was just difficult, or you, as you said, you had to

9    drag your foot, were you still able to stand up and

10   walk --

11        A    Yeah, I --

12             MR. WILSON:  And excuse me, what kind of

13        time frame are we talking about?

14        Q    (By Mr. Peters)  We're talking about when

15   you're at ASMP after the salivary gland surgery to

16   when you were transferred to Atlanta Medical Center,

17   were you able to walk on your foot?

18        A    Huh-uh.

19             MR. WILSON:  Yes or no.

20             THE WITNESS:  No.

21        Q    (By Mr. Peters)  Wait a minute, you said

22   before that you were able to walk, but your foot

23   was -- you had to drag your foot.

24        A    (Nods head.)

25        Q    So when -- so are you saying that there

48

1  was a time where you couldn't walk at all?

2       A    Yes, sir.

3       Q    And when was that?

4       A    When I left, the day I -- the day, like a

5  couple days before I left, I'm gonna say two days

6  before I left from here, I could not walk at all,

7  not -- I could stand, but not put no pressure on

8  this feet [sic], because it was of no use, this leg

9  was of no use, none at all, it was no use to me,

10  none.

11       Q    Okay.  So up until two days before you

12  left, you were able to stand up?

13       A    I could stand up -- I could stand but not

14  on this -- I couldn't depend on this for nothing, it

15  was over with, done.

16       Q    What treatment did you receive for your

17  right leg after the amputation?

18       A    Just the wound care, some physical

19  therapy.

20       Q    Okay.  And do you currently have any pain

21  in your right leg?

22       A    Yes, sir.

23       Q    And describe that.

24       A    My toes, they itch a lot, my foot is like

25  a searing-hot poker going through it.

49

1      Q     Are you talking about your left leg?

2      A     No, sir, my right leg.

3      Q     Your right leg, okay.

4      A     It's a condition called phantom pain.

5      Q     And that's ongoing?

6      A     Now, right now.

7      Q     And what impact has the amputation had on

8   your life?

9      A     If you knew me before like these people

10  know me, I was active, I worked out at the gym, I

11  weighed 237 pounds, I was not -- it messed me up,

12  man, it did more than just stop me from walking.

13     Q     Are you currently receiving any treatment

14  for the pain?

15     A     Yes, sir.

16     Q     Okay.  Do you take medications now for

17  that?

18     A     Yes, sir.

19     Q     What medications do you take now?

20     A     I take Neurontin and MS Contin.

21     Q     What damages do you seek in this lawsuit?

22     A     I would rather let my attorney answer

23  that.

24           MR. WILSON:  Just answer to the best of

25       your ability.

50

1          THE WITNESS:  Just monetary damages, I

2      don't know how to say it, if I can go home,

3      damages --

4          MR. WILSON:  Just do the best you can.

5          THE WITNESS:  Well, I -- you know, I

6      just -- monetary damages, freedom, my freedom,

7      anything, you know, because it's like -- that's

8      it, man, you know, I mean, because I feel like

9      I won't be another ten years in here with one

10      leg, I don't think so.

11      Q    (By Mr. Peters)  Do you know what amount

12  of monetary damages that you want in this lawsuit?

13      A    Uh-huh.

14      Q    What's the amount?

15      A    Twenty million.

16          MR. PETERS:  Okay.  So I'm going to check

17      with some of the other attorneys to see if they

18      would like to ask you questions.  Peter?

19                 CROSS-EXAMINATION

20  BY MR. FISHER:

21      Q    Mr. Hardy, do you remember a doctor named

22  Poommipanit?

23      A    Yep.

24      Q    Who is he?

25      A    He's the vascular -- the artery doctor, he

51

1  checked my heart and stuff.

2       Q    Do you remember that he was a

3  cardiologist?

4       A    Yes, sir.

5       Q    Okay.  Technical term, but --

6       A    Yeah.

7       Q    Do you remember him seeing you, I think

8  the medical records indicate that it was in May

9  of 2015, do you remember about that time frame?

10           MR. WILSON:  Dr. Poommipanit, can you

11      spell that for me, please?

12           MR. FISHER:  P-O-O-M-I-P-A-N-I-T [sic].

13           THE WITNESS:  I can't remember.  I know --

14      Q    (By Mr. Fisher)  Okay.  And it's all right

15  if you don't remember the exact date or anything

16  like that, I'm just trying to get a general time

17  frame.  As I recall, the medical records indicated

18  it was in May.

19      A    Yeah, I know it.

20      Q    And the reason I'm asking you that is

21  because by May, you already knew that you had to

22  have the surgery on your gland.

23      A    It's right here.  Yeah, that's why they

24  sent me to him, to make sure my heart was strong

25  enough for me to get that surgery.

52

1      Q     Okay.  And you anticipated where I was
2   going with that.  Did Dr. Poommipanit talk to you
3   about going off Plavix?
4      A     If he did, I didn't remember.
5      Q     Okay.  And did he talk to you at all about
6   why -- or did any doctor talk to you at all about
7   why you stopped Plavix?
8      A     Dr. Burnside, I asked him, you know what
9   I'm saying, why was they not bringing my Plavix down
10  to D wing, and he told me that -- I told him, you
11  know, you know the situation with my clots and stuff
12  like that.  He said, well, he told me it ain't
13  nothing to be concerned about, nothing to be afraid
14  of,  he said Augusta would address any issue I had
15  concerning me not getting my Plavix when I got here.
16     Q     Okay.  Did anybody relate that to the
17  surgery, the stopping the Plavix to the surgery?
18     A     I'm not sure, I don't know.  I know I told
19  Dr. Fountain, I don't know if they -- I don't know
20  if anybody -- if it did, it wasn't in front of me.
21     Q     Okay.  I'm just wondering, did anybody
22  explain to you why you went off Plavix?
23     A     No, but I haven't -- you know, recently I
24  have been explained to about why people be taken off
25  Plavix for surgeries and getting a tooth pulled and

53

1    different stuff, you'll bleed to death.

2        Q    You've mentioned several times that you

3    asked people to look at your leg or asked them for

4    help, were you mainly looking for somebody to

5    restart your Plavix or were you looking for

6    something else in terms of treatment?

7        A    I thought that Plavix would help, I even

8    asked about a heparin drip.  You know what heparin

9    is?  It's a blood thinner --

10       Q    Okay.

11       A    -- I would ask Dr. Fountain about a

12   heparin drip, she said, no, heparin's not gonna --

13   that's not what it's used for.  I said, there's a

14   clot here.  I knew what that Plavix was for, I know

15   what Plavix is for.  Every medication, I know

16   exactly what it's for.

17       Q    Right.

18       A    I know what heparin is, I know what a deep

19   vein thrombosis from a -- I know about all of that.

20       Q    Okay.  Is that because of all your prior

21   surgeries?

22       A    Yes, sir.

23       Q    You kind of learned that as you went

24   along?

25       A    Yes, sir.  Yep.

54

1       Q    All right.  So if I understood what you

2   were telling Mr. Peters, you're just trying to

3   remember the best you can, I understand that.

4       A    Yes, sir.

5       Q    But your best memory at this point is that

6   you were off Plavix from the time that you left the

7   diagnostic and classification prison, which I think

8   was June 24th or some time around then, all the way

9   until you came back?

10      A    No, sir.  I was off of Plavix a week --

11      Q    I'm sorry.

12      A    -- before I left.

13      Q    I'm sorry, you're right, you did say that.

14      A    Yes.

15      Q    So, yeah, I think you said June 16th.

16  I'm sorry, you did say that.  So June 16th until --

17  did anybody ever give you Plavix before you went to

18  Atlanta Medical Center?

19      A    When I got back to Jackson, no, sir.

20      Q    Okay.

21      A    Mary Gore or Ms. Adair.

22      Q    All right.  So you never received Plavix

23  from June 16 through July 24 until you went to

24  Atlanta Medical Center?

25      A    Yes, sir, because when I got back to GDCP,

55

1    I never -- I spent that night, the next day I was

2    gone; the next morning, I was gone.

3        Q    How clear is your memory about that, I

4    mean, do you think you could be wrong about that?

5        A    No, sir.  I came from here, I came from

6    here, I went to Jackson, they checked me out, they

7    called Dr. Burnside that night, the next day

8    Dr. Burnside sent a lady in to check my leg, and

9    that lady said get him out of here now.  And they

10   took me back, packed all my stuff, Officer

11   Covington, C-O-V-I-N-G-T-O-N, Officer Covington and

12   Officer -- I can't pronounce that right -- but they

13   took me to Atlanta Medical Center.

14           Took me to Atlanta Medical Center, and

15   when we got to Atlanta Medical Center, this doctor,

16   a black male doctor and a female doctor drew some

17   blood, put me in a room.  Sergeant Stroud from

18   Hancock State Prison came in, came as state guard

19   over me or whatever.  When I woke up, he told me

20   there was nothing that they could do to help me or

21   help my leg or anything like that, and they're gonna

22   have to amputate it.

23           He said that I could -- you know, I told

24   him, no, you're not gonna cut my leg off, and he

25   said, well, you can leave it on and die, or you can

56

1   get it cut off and live, the choice is yours.  You

2   know, he gave a shot in there that makes the

3   infection or the -- shows on the outside how far it

4   is up the limb.  Are you familiar with that?

5        Q    No, I'm not.  So he gave you a shot that

6   shows you where the --

7        A    No, sir, it made you see how far it was up

8   the limb, from my understanding, I guess, and you

9   know, every time I looked it got worse, it'd get

10  worse by the minute, and you could -- it had an

11  odor, and you had places that started to -- you

12  wouldn't want it on your body, you wouldn't want it

13  in your leg, man, because, God, it's your leg.

14            So they cut my leg off, and I was waking

15  up, I don't know how long I was there or how long my

16  leg had been cut off or what, and they brought me

17  here one night, and the unit manager, Ms. McDonald,

18  brought the phone in my room and told me to call

19  home, but I thought she told me to call home because

20  I had lost my leg.

21            But I call home, my dad passed, same day I

22  lost my leg.  I talked to him, and after I talked to

23  him, the ambulance came and got him and took him to

24  the hospital here at Piedmont, and he died.  I'm

25  sorry, you got me -- same day I got my leg cut off.

57

1   And --

2        Q    Can I interrupt you just for a second?

3        A    Yes, sir.

4        Q    Because I wanted to go back to the day

5   that you went to Atlanta Medical Center.  Do you

6   remember the initial examination you had at Atlanta

7   Medical Center at all?

8        A    I know they got some blood, drew some

9   blood and stuff.

10       Q    Do you remember at that time could you

11  stand up at all, and does your left leg bear weight?

12       A    Yes.

13       Q    I'm sorry, your right leg, could it bear

14  weight?

15       A    No, sir.

16       Q    All right.  Do you remember a doctor, a

17  vascular surgeon named Dr. Methodius-Rayford?

18       A    Methodius?

19       Q    Rayford, Dr. Rayford, she was a female

20  vascular surgeon.

21       A    Huh-uh, I remember the short, dark-skinned

22  lady with the -- she kept coming -- she kept coming

23  in my room, kept coming and talking to me, I can't

24  remember.  But that doctor, that male doctor, his

25  name start with an M too, something.

1      Q    Yeah, and I'm not familiar with
2  Dr. Methodius-Rayford in person, I just know what I
3  saw in the medical records.  So when you came in to
4  Atlanta Medical Center, you couldn't put any weight
5  on the left leg?
6      A    No, sir.
7      Q    Could you move your foot up and down?
8      A    This one?
9      Q    Your left.
10      A    No.
11      Q    Okay.  You couldn't move it at all?
12      A    (Shakes head.)  Dead, my foot.
13      Q    Your foot was dead?
14      A    Yes, I couldn't -- I couldn't do --
15      Q    So you couldn't move it up and down or
16  side to side?
17      A    No.
18      Q    Okay.  Do you remember whether anybody was
19  touching your foot to take pulses?  Again, I'm
20  talking about your left, I'm sorry -- I mean your
21  right.  I'm going to get these mixed up.
22           Your right foot is what I want to talk
23  about.  Did anybody touch -- at Atlanta Medical
24  Center when you first went there, did anybody touch
25  that to check pulses in your foot?

1      A    I'm sure they did.  I mean, you know, they

2   probably test you or whatever, but I can't -- I

3   really can't remember that --

4      Q    Okay.

5      A    -- because I was on the pain medication, I

6   don't --

7      Q    Fair enough, fair enough.  And that's what

8   I want to know.  I want to know what you can and

9   can't remember.  Okay.  And if I understand what

10  you're saying though, you're not sure who

11  Dr. Rayford, Methodius-Rayford is, which doctor that

12  was, and you don't specifically remember having a

13  conversation with her, is that right, did I get that

14  right?

15     A    I would like to -- what was the

16  conversation, if you don't mind me asking?

17     Q    No, that's what I'm trying to -- I'm

18  trying to find out whether or not -- she's the one

19  who ordered the initial testing on you, she had all

20  of those -- the arteriograms, she's the one who had

21  all that stuff done.  And then they were, you know,

22  going to see how the arterial flow was in your leg.

23  Did she talk to you about that at all?

24     A    I just remember a guy, a doctor, black

25  male doctor, and a short, black female doctor, and

60

1   they was going -- they came and told you, said you

2   could sign this, you know, for your surgery, and I

3   said I don't want my leg -- you ain't cutting my leg

4   off.

5        Q    Right.

6        A    They said, well, you can die with it on,

7   you know, and they told me just about, you know, how

8   bad the situation was with my leg, and, you know,

9   gave me some time to think about it, and I lifted

10  the cover and looked at it, and it -- you wouldn't

11  want -- I signed it, they took my leg.  But I don't

12  know --

13       Q    Do you remember a surgery before on that

14  right leg, do you remember a surgery on the lower

15  part of your leg before the amputation?

16       A    Huh-uh.

17       Q    No?

18       A    Never been a surgery on my leg.  Only

19  thing I've had was a stent in an artery in this leg.

20       Q    Okay.  I meant at Atlanta Medical Center,

21  did they do anything to kind of slice open the calf

22  before they cut your leg off to look at the calf?

23       A    God, they sure did.  They did.

24       Q    Okay.

25       A    God, man.

1      Q     All right.  Do you remember anybody

2   talking to you about that?

3      A     I can't remember, but I remember that

4   happened.  I remember that happened.  They cut my

5   leg, sure did.

6      Q     Okay.  Were you in pain during most of

7   your stay at Atlanta Medical Center or did they keep

8   you pretty well medicated?

9      A     Just I would say just medicated, man,

10  because I didn't figure out actually a lot about

11  what was going on until I got back here.  But I

12  remember what you said about them cutting my leg,

13  they sure did.

14     Q     Okay.  Let's go back to your salivary

15  gland surgery for a second, the time that you had

16  that.  You said it was at a hospital somewhere in

17  downtown Augusta, and you don't remember which one;

18  right?

19     A     Yes, sir.

20     Q     Okay.  Do you remember talking to any of

21  the doctors at that hospital about your leg?  I know

22  you were there for the salivary gland surgery, but

23  I'm wondering if you talked to any of them about

24  your leg.

25     A     I did.

1          Q     Okay.  Do you remember who it was?

2          A     No, sir.  I'm trying to figure out how you

3     remember this stuff now, because --

4          Q     Okay.  Tell me what you can remember about

5     your conversation with the doctor.

6          A     I told him that my foot was -- I had an

7     issue with clots, I told them my foot felt like it

8     was clotted up in my leg, you know, and every time

9     he made me lay on that side of the table, I'd tell

10    him that it was hurting and stuff like that.  And he

11    was like, did you let people know at the prison, I

12    was like, yes, sir, I was like, and something ain't

13    right with my leg.  And I can't remember exactly

14    what all me and him talked about.  They came and

15    gave me a shot and put me out and got this salivary

16    gland surgery.  But my foot was hurting then, sure

17    was.

18         Q     Okay.  And you told the doctor about it?

19         A     Yes, sir.

20         Q     And that was just before you got put out

21    with anesthesia?

22         A     Yes, sir.

23         Q     All right.  And then after you woke up

24    from the surgery after the anesthesia wore off, did

25    you talk to anybody again about your leg at that

1  hospital?

2      A    I think I talked to a girl where they put

3  you at to wake up, you know the room they put you in

4  to wake up, the lady that was in there talking to

5  me, and I think I spoke to her.  Well, I spoke to

6  her about, you know, did they decide were they gonna

7  do something to my leg, or did they do anything to

8  my leg, she said no, she had no knowledge of it.

9  And the officers brought me back, on back to the

10  room, and I stayed in the room until like 1:00, and

11  they sent me back to prison.

12      Q    So you were in a recovery room after

13  surgery for a few hours, and then you were taken

14  back to the prison?

15      A    Yes, sir.

16      Q    All right.  And you mentioned that

17  Dr. Fountain would come around and see you each day

18  while you were at ASMP, and I'm talking about,

19  again, from the period that you went over there just

20  before you were sent to the hospital for your

21  salivary gland surgery, all the way until you went

22  back to the diagnostic and classification prison, so

23  that whole period of time was June 24th to July 22nd

24  or -3rd some time around that I think.

25      A    I got one quick --

64

1         Q     Sure.

2         A     The lady you was just talking to, the

3   nurse you was just talking to that was out here at

4   the sewing machines, I think you spoke to her or

5   something, Ms. Harden, that's one of the nurses

6   that -- the one of the HST that verbally informed

7   Dr. Fountain in front of me, she out there now, he

8   needs some help, he needs some help, something wrong

9   with him.  Jackie Mitchell is another one.

10        Q     Okay.  Now, you mentioned that the nurse

11  is right out there now, and her name is what?

12        A     Ms. Harden.

13        Q     Harten?

14        A     H-A-R-D-E-N.

15        Q     Okay, Harden.

16        A     I just saw her at the sewing machine.  I

17  was getting some water, she was at the sewing

18  machine, I just saw her.

19        Q     All right.  Thank you.

20        A     She would come around, it's like this is

21  the medical unit, it's like that glass window, she

22  would come around, and she was like all stopped,

23  sewing machine was going too, and then she was

24  sewing, that she was not coming to -- and I keep

25  complaining day after day, and she would tell me the

1   same thing over and over, you came for your salivary

2   gland, you got to go back and let your primary

3   health care provider work you up to come back to us.

4        Q    All right.  Did you tell Dr. Fountain when

5   she came to see you each day that she was on duty,

6   when she came to see you each day, did you tell her

7   that you wanted to go back on your Plavix?

8        A    Yes.

9        Q    What did she say?

10       A    She told me that I had to take that up

11   with my primary health care provider who took me off

12   the Plavix, I couldn't get it until I got back to

13   Jackson.  I asked -- even asked for a heparin drip

14   because I felt like my foot was clotting, she said

15   no.

16       Q    You mentioned that Dr. Fountain was taking

17   your blood pressure --

18       A    She had --

19       Q    -- I mean, different things about vitals,

20   but I remember you said blood pressure.

21       A    Yeah, she checked my blood pressure.

22       Q    Okay.  And she checked your pulse, and did

23   she use a stethoscope and check your heart or your

24   lungs or anything too, or --

25       A    She would check, put the cuff on, get my

1  blood pressure, and put the whatchacallit on my

2  back, breath in, breath out, breath in, breath out.

3       Q    Okay.

4       A    And basically that was it.  And a lot of

5  times, it wouldn't be her to do it, she would be

6  there, it would be a nurse that do it.  They would

7  go on like -- you just didn't -- and she would check

8  basically this is when -- you know what I'm saying?

9       Q    Uh-huh, right.  But when you made

10 complaints about your foot, did anybody check your

11 foot, like touch it or feel it or check pulses on it

12 or anything like that?

13      A    If she did, I don't recall, you know what

14 I'm saying?  You know, if I do, I'll let you know,

15 but --

16      Q    Okay.

17      A    -- basically they can't do anything unless

18 she instruct them, and she was not instructing them

19 to do anything for me.  There's a couple of them

20 nurses out here who just -- you just walk to that

21 door and call somebody, and I guarantee you they'll

22 give you exactly what you want to know --

23      Q    All right.

24      A    -- better than I can.  Because, I mean,

25 it's a lot of people that are pretty upset about

67

1   what happened, you know.

2        Q    Okay.  All right.  Well, you mentioned

3   that nurses would sometimes take the vitals, and

4   they would do some assessment of you.  Do you

5   remember nurses checking your pulses on your feet

6   and different things like that?

7        A    No.

8        Q    The whole time you were here?

9        A    Nope, not my feet.

10       Q    Who was it, I think you mentioned it was a

11  nurse who was on the evening shift who gave you the

12  warm compresses?

13       A    No, she was a older black lady, she had

14  real short hair.  I don't even -- she's not here no

15  more, I don't even -- some of them that I know from

16  meeting them, their children too, but some of them I

17  just didn't know at all, don't know.

18       Q    Did any other nurse that you remember give

19  you warm compresses?

20       A    Nurse Obuka, the African lady.

21       Q    Was she on day shift or night shift?

22       A    She's on day shift.

23       Q    All right.  So sometimes you got it in the

24  day shift, sometimes you got it on the night shift?

25       A    It wasn't a regular thing, it was like

1  Nurse Obuka did like probably twice, and then the

2  old lady on night shift, I think she did it like

3  once or twice, but nobody else, it's not -- I mean,

4  you know what I'm saying, but, you know --

5       Q    You were talking to us about when the leg,

6  the foot stopped being useful to you, I guess, and

7  at some point, you would tend to drag your toe

8  rather than put your foot flat on the ground; is

9  that correct?

10      A    Yes, sir.

11      Q    If I understand you, you said that

12  happened several days before you left, you fell a

13  couple of times, some officers helped pick you up,

14  and then at least for two days before you left here,

15  you had no feeling in your foot at all.

16      A    None.

17      Q    Okay.  And when you went back to Jackson,

18  do you remember Dr. Burnside assessing your foot,

19  feeling around on your foot?

20      A    I never seen Dr. Burnside again, I seen

21  Nurse Linda Adair and Nurse Mary Gore, and they

22  called Dr. Burnside on the phone that evening when I

23  got there, they called him on the phone at home and

24  told him what my leg looked like and what was going

25  on with me, and he ordered a angiogram, he ordered a

1   angiogram, I went to my dorm that night, stayed in

2   my dorm.  The next day the lady came and did the

3   angiogram, she was just like, you gotta get him out

4   of here.  She wasn't talking to me, she was talking

5   to the nurse in the office telling them that they

6   had to get me out of here.

7          Q    So the angiogram was done while you were

8   in your cell?

9          A    No, sir, I went to medical, they took me

10  to medical.

11         Q    Okay.  All right.  So you went to medical,

12  it's done there.  And whatever the results were, it

13  got you sent to Atlanta Medical Center.

14         A    Yes, sir, Medical Center.

15         Q    Do you remember whether the nurses were

16  taking pulses on your foot, were they feeling the

17  top of your foot or anything at that time?

18         A    You talking about at Jackson?

19         Q    Yes.

20         A    No, just the lady came with a machine,

21  took some stuff, like gel, and put it on, put it on

22  my leg and rubbed it on there, and she just took a

23  thing with a ball on the end of it and rubbed it up

24  like that (indicating), and after that she was like

25  stopped, and I heard what she was telling the

70

1   officer, the nurse, but nobody played around with my

2   foot or touched on my foot or anything like that.

3        Q    So what they put on your leg was something

4   with a ball and they moved it back and forth over

5   your leg area or your foot area?

6        A    They took some gel --

7        Q    Right.

8        A    -- squirted it on my leg and took like a

9   pencil or pen with a ball on the end of it and

10  rubbed it up and down my leg, you know, to get

11  the -- and she was looking at something like that,

12  and I don't know what she saw or what, you know, but

13  she got me out of there, I appreciate it too.

14       Q    All right.  So when you went back, you

15  never saw Dr. Burnside, you just understand that he

16  gave the verbal order to send you to the hospital?

17       A    Yep.

18       Q    All right.  And then when you were there,

19  the nurses didn't do anything to your feet except

20  they put the -- for the test, they put the gel on

21  your leg and they ran what looked like a pen with a

22  ball at the end up and down your leg to give some

23  picture that showed up on a screen on the computer?

24       A    No, not the nurses from GDCP, the contract

25  lady that they called in, that's who did that.

1       Q     Okay.  All right.

2       A     The nurse at GDCP never touched me.

3       Q     All right.  And it was the contract person

4  that was brought in to do --

5       A     The angiogram.

6       Q     Okay.  And that's the one you overheard

7  say you need to get him out of here?

8       A     Yup.

9       Q     All right.  And was that the same day that

10  you were sent to Atlanta Medical Center, or was that

11  the day before?

12      A     Huh-uh, it was the same day.  It was the

13  same day.

14      Q     All right.  When you went to Atlanta

15  Medical Center, did you have any trouble not only

16  with your right leg, but also with your left leg?

17      A     No, I wasn't -- this, my right leg, only

18  thing that I could, you know -- I may have some pain

19  from, you know, the gland surgery and my blood not

20  circulating, because I told you I got stents in my

21  artery, but this is the only thing that I know of

22  that was --

23      Q     Okay.  So as far as you know, your left

24  leg was pretty good, but your right leg was that one

25  that was really hurting you?

72

1     A     Uh-huh.

2     Q     Is that correct?

3     A     Yes, sir.

4     Q     Okay.  And when you got to Atlanta Medical

5  Center when you first went in there and there was an

6  initial examination of you, nobody -- well, you said

7  you couldn't put weight on your left leg; right?

8     A     (Nods head.)

9     Q     Correct?  I'm sorry, you can't nod your

10  head, we need -- the court reporter needs to get it.

11     A     I couldn't put weight on my right leg.

12     Q     I keep saying left, and you keep

13  correcting me.  I'm glad you do, because I don't

14  want to mix those up.  Okay.

15          You couldn't put any weight on your right

16  leg, and you couldn't move your foot up and down or

17  side to side at all?

18     A     That's correct.

19     Q     All right.  And from what you've told us

20  here today about the timeline, you were off of

21  Plavix for over a month from approximately

22  June 16th until you went to Atlanta Medical

23  Center.

24     A     Yes, sir.

25     Q     You never got Plavix after June 16th at

73

1   GDCP, and you never got Plavix while you were at

2   Augusta State Medical Prison?

3       A    That's correct, I never got Plavix from

4   GDCP or Augusta Medical Center again.

5           MR. FISHER:  All right.  I think that's

6       all I have.  Thank you.

7           MS. MCGOVERN:  Do you need a break?  I

8       won't be long.

9           MR. WILSON:  No, we're fine.

10                  CROSS-EXAMINATION

11  BY MS. MCGOVERN:

12      Q    I'm Annarita McGovern, we met before, I

13  represent Dr. Young in this case, Mr. Hardy, and I

14  have a few additional questions that really just

15  pertain to him.  Okay?

16      A    Okay.

17      Q    Tell me what does Dr. Young look like?

18      A    He's slim, he drives a Volkswagen Bug, he

19  got a bald head at the top, he got a gray and black

20  hair, his first name Tim, and I used to work for him

21  right up on this unit up here as a orderly when I

22  had two legs.

23      Q    When did you work for him as a --

24      A    It was years back, years ago.

25      Q    We've got to be careful, he's trying to

74

1   take us down, so if we talk over each other, he

2   can't do it.

3       A     I'm sorry.

4       Q     When were you an orderly for him?

5       A     I worked up there on that unit.  Yeah,

6   it's been some years ago back before I started

7   getting in trouble and stuff when I had two legs

8   and --

9       Q     What years approximately, was it

10  two-thousand --

11      A     Because he was the medical director too.

12      Q     2010, 2012, 2014?  It wasn't when you came

13  back here for the surgery in 2015.

14      A     Matter of fact, Dr. Young was the medical

15  director way back before me.  I think he was the

16  medical director in 2000, 2001, '99, I could be

17  wrong, but, you know --

18      Q     I just want to know around when do you

19  think you were an orderly for him, was it early

20  2000s?

21      A     Yes, ma'am, it had to be.

22      Q     Does that sound --

23      A     Yes, ma'am.

24      Q     You don't need an exact date, that's fine.

25  So early 2000s.  Now, you were an orderly for him in

75

1 where, in 2A?

2     A    I've been a 3A orderly.

3     Q    You were the 3A orderly?

4     A    Yes, sir [sic].

5     Q    In the early 2000s?

6     A    In ninety -- I think it was '99.

7     Q    Okay.

8     A    I think it was '99.

9     Q    All right.

10     A    And I was the orderly that do just this

11 area right out here too in '99 too, it goes all the

12 way back up --

13     Q    What's this area called?

14     A    It's staff dining now, but it was part of

15 medical back then, it go all the way back up to

16 medical.  Go past that and you all the way around to

17 medical.  I did all the floors and buffing and

18 waxing and stuff like that.

19     Q    Okay.  So was that also late '90s, early

20 2000s?

21     A    Nineties.

22     Q    It was in the '90s?

23     A    Yes, ma'am.

24     Q    Did you do that first and then became the

25 orderly after?

76

1        A    Yes, I did that first, I worked for

2   Mr. Pitts then, and then I became the orderly

3   on 3A --

4        Q    Was that --

5        A    No, that was around then because you

6   got --

7        Q    All right.  So let me go back and make

8   sure I understand.  Sounds like you enjoy the job,

9   so you started doing the medical dining area in the

10  late 90s; is that right?

11       A    Yes, ma'am.

12       Q    And you buffed it, cleaned it, made sure

13  everything was okay?

14       A    Yeah, buffing, cleaning, waxing, and stuff

15  like that.

16       Q    All right.  And you had authority to do

17  that, you weren't getting in trouble at that time --

18       A    Nope.  I was getting in trouble, not like

19  I did later on in the unit.

20       Q    Because later on, you wouldn't have been

21  allowed to do that?

22       A    No, ma'am.

23       Q    Okay.  So how long did you do the dining

24  area, was it like a few months, a year --

25       A    A few months.  Just months.

1    Q    And then you became the orderly in 3A, was

2  that '99, 2000?

3    A    I think 1999, 2000 -- '99.

4    Q    All right.  And at that point in time,

5  Dr. Young was here?

6    A    If I'm not getting him mixed up with

7  somebody else, but I know Dr. Young real good, you

8  know, I knew him like -- well, better than anybody

9  here, I know him from seeing him, from talking to

10  him and stuff like that, you know what I'm saying,

11  and known him for some years too.

12    Q    Okay.  What were the years when you say

13  you knew him, you knew Dr. Young, you talked to him

14  a lot, were those the early 2000s?

15    A    It would have been in the 2000s, in the

16  late 2000s, and during this time when this happened

17  with me and stuff like that, because I called him, I

18  told somebody to go and get him, to go and get

19  Dr. Young when this was happening with me, but it

20  just so happened he came in one -- I can't remember

21  the exact date, what weekday, but he came in and I

22  was speaking to him, and he told me that he was no

23  longer the medical director.

24    Q    Okay.  So let me stop you so I can go

25  through --

78

1       A    I can --

2       Q    Hold on, hold on, I want to catch up with

3  you, because you're going very quickly.  So are you

4  talking about when you were here in 2015 to get your

5  surgery, you were off the Plavix, you had someone

6  call Dr. Young, and he told you he was no longer the

7  medical director?

8       A    I heard a nurse --

9       Q    Wait, wait, wait.  Just tell me if I am

10 following you, is that correct, for the time being?

11      A    That's not -- your wording is not correct,

12 I had no one to call him, I had a nurse to go --

13      Q    Okay.

14      A    -- and get him.

15      Q    Okay.  A nurse went and got him, and this

16 was a weekday you said?

17      A    I think it was during the week.

18      Q    Was it before your surgery or after your

19 surgery?

20      A    I think it was after my salivary gland

21 surgery, I think.  I remember he was on 2A, I

22 remember being on the window, telling him to come

23 here, I said, Doctor, you see my foot, he said, man,

24 I can't help you, he said I'm no longer the -- Mary

25 Alston is.

79

1      Q    He what, I'm sorry?

2      A    He told me that someone else was the

3  medical director.

4      Q    Okay.  And did you even know what his job

5  was at that point in time?

6      A    Yeah.

7      Q    What was his job?

8      A    Oh, you talking about what he had changed

9  jobs to?

10     Q    Yeah, you don't know?

11     A    No.

12     Q    Do you know who the medical director was

13  at the time this was all going on?

14     A    Yeah, now I do at the time.

15     Q    Okay.  Who is it?

16     A    Mary Alston.

17     Q    Okay.  Did you reach out to her at any

18  point in time?

19     A    (Nods head.)

20          MR. WILSON:  You have to answer yes or no.

21     Q    (By Ms. Mcgovern)  Yes, thank you.

22     A    Yes.

23     Q    And so at what point did you reach out to

24  her?

25     A    When she came around and stuff after I was

80

1   telling her, you know, to look at it, but she's even

2   worse than Dr. Fountain, she flagged me off too.

3        Q    Okay.  So Dr. Young received a call from a

4   nurse, you asked a nurse to call Dr. Young; is that

5   right?

6        A    No, it's not right.  I never --

7        Q    Okay.  Tell me some --

8        A    -- got anybody to call Dr. Young, I had --

9        Q    How did --

10       A    -- a medical personnel -- if you see

11  Dr. Young out there, will you let him know I need to

12  speak to him about my foot.

13       Q    Okay.

14       A    That's how that went.

15       Q    And is that what happened?

16       A    Yes, ma'am.

17       Q    Somebody saw him and said, hey --

18       A    I don't know if she told him or not, but I

19  looked up one day, he was at the desk, and I beat on

20  the window, boom boom, Dr. Young, come look at my

21  foot.

22       Q    So you were on 2A, and you saw Dr. Young,

23  and you banged on the window?

24       A    Yes.

25       Q    And you knew Dr. Young?

81

1      A      Yes.

2      Q      And he came in, and what did you tell him?

3      A      I said, Dr. Young, look at my foot, and he

4   was like, hey, I can't do -- that's not -- I ain't

5   over this no more.

6      Q      Okay.  So you knew at that point he was no

7   longer the medical director, because he told you;

8   right?

9      A      I didn't know what he was, but I knew --

10     Q      Right, right, right, but he told you he

11  wasn't the medical director?

12     A      Yeah, he told me he wasn't over that no

13  more, so --

14     Q      Okay.  So you knew he -- strike that.

15            So you know you've sued him as the medical

16  director in your complaint, would that be a mistake?

17     A      That's because I thought that Dr. Young

18  was still over this, you know what I'm saying,

19  that's why he's in the --

20     Q      Okay, so --

21     A      -- no, ma'am, that's not a mistake.

22     Q      Well, you thought he was still the medical

23  director in 2015, but now we're talking about your

24  conversation with him when he came to see you and he

25  told you --

82

1      A    He said --

2      Q    Wait, wait, let me finish the question.

3  Let me finish the question.  But when he talked to

4  you, he told you he was not the medical director;

5  correct?

6      A    No, he never told me he was not the

7  medical director, his words was I'm not over this

8  anymore.

9      Q    He said I'm not over this anymore?

10     A    That's what he told me.

11     Q    Okay.  And did you all have any further

12 words after that?

13     A    No.

14     Q    That was the full conversation?

15     A    That was it.

16     Q    Okay.  But when we were just talking, it

17 sounded like you understood or at least you

18 understand today that he was not the medical

19 director at the time?

20     A    I know Dr. Young, been known him for

21 years.

22     Q    Sitting here today, do you have any basis

23 to demonstrate the he was the medical director when

24 you were here in 2015?

25     A    Well, according to the medical director, I

83

1   mean, if he -- the only thing I know that he told me

2   was I'm not over this.

3        Q    All right.  So he wasn't over -- and he

4   was in 2A when he gestured I'm not over this?

5        A    Yes.

6        Q    Did he like use his hands to gesture, or

7   how did he demonstrate --

8        A    I said, Dr. Young --

9        Q    Right.

10       A    -- I need you to -- he was like, I'm not

11  over this.

12       Q    He said I'm not over this.

13       A    I'm not over this anymore.

14       Q    So what did you interpret that to mean?

15       A    He wasn't over that, he --

16       Q    He couldn't help you?

17       A    Exactly.

18       Q    You knew Dr. Young, you knew him to be --

19  would you say he's a good doctor?

20       A    Yeah.

21       Q    Would you say you liked working with him?

22       A    I would say he was a good doctor, I'd say

23  if he -- you know --

24       Q    Okay.

25       A    That's just my opinion.

84

1    Q    You believe that if he was able to do
2  something for you, he would have, based on what kind
3  of doctor he was?

4    A    I think so, I think he would.

5    Q    Okay.  All right.  And then did he leave
6  the room after that?

7    A    They walked, they went -- kept continued
8  walking and stuff, walking around, you know, to each
9  cell, each bed.  You know how it's made up there;
10  right?

11    Q    Well, now, were you aware that he was over
12  the outpatient clinic at that time when you were
13  here in 2015, that that's what his job was?

14    A    (Nods head.)

15    Q    Were you aware of that?

16    A    No, ma'am, I didn't know.

17    Q    But you're familiar as an orderly with the
18  set up; right?

19    A    (Nods head.)

20    Q    Is that correct?

21    A    (Nods head.)

22    Q    I need a verbal for the --

23    A    Yes, yes, ma'am.

24    Q    That's okay.  So the outpatient clinics
25  handle differently from 2A and 3A; correct?

85

1      A    I don't know anything about that.

2      Q    They're different parts of the treatment

3  area; correct?

4      A    I don't know.

5      Q    Okay.  That's fine.  All right.  And so

6  during the time you were here at ASMP, Dr. Young was

7  not one of your doctors who was treating you,

8  rounding on you, and checking on you; correct?

9      A    No, he was not.

10     Q    And when he said I'm not over this, did

11 that include, to your understanding, Dr. Fountain,

12 that he was not over Dr. Fountain?

13     A    Somebody had to be over her, somebody

14 had --

15     Q    Probably the medical director; right?

16     A    Yeah.

17     Q    Yeah.  When did you talk to Dr. Alston,

18 was it after Dr. Young?

19     A    Yeah, I spoke to her a couple times after

20 that, I even wrote a grievance on her.

21     Q    You did?

22     A    Yes.

23     Q    Okay.  Was that about this or something

24 else?

25     A    Everything, I mean, from like the stuff

1    that broke out on me, just different stuff, you

2    know, that she wasn't doing, and some unprofessional

3    conduct, you know, the things she would say to you,

4    you know --

5         Q    Was there anything in relation to

6    treatment of your leg?

7         A    Talking about Dr. Alston?  Yes, I did.

8    Matter of fact, they left the staples, they left

9    them in there for like over a month after the date

10   that they was supposed to get them out, they kept

11   saying vascular was gonna get them out.  Vascular

12   don't take out staples, so the staples start going

13   in -- flesh started going over the staples, and

14   what's the guy's name, he took -- there's a guy who

15   took them out, a nurse, RN took them out and said

16   that they had been in there too long, vascular don't

17   take out staples, and he don't know why that they

18   would tell me that.

19        Q    Okay.

20        A    Her and Dr. Fountain.

21        Q    Okay.  Were those the doctors that you

22   generally saw when you were here during this period

23   of time; June, July of 2015?

24        A    You talking about Dr. Fountain?

25        Q    Yes, were those the two doctors you saw?

87

1        A    Dr. Fountain.

2        Q    Okay.  Those are the doctors that rounded

3   on you and made notes on you and all those things?

4        A    Dr. Kimberly Fountain.

5        Q    Okay.  And Dr. Young was not one of the

6   doctors who was treating you, rounding on you, notes

7   on you; correct?

8        A    No.  No, Dr. Young never did it.

9        Q    Okay.  You got kind of excited when we

10  were talking about Dr. Young, you said he's a good

11  guy.

12       A    Yeah.

13       Q    So tell me what you think of him as a

14  person.

15       A    Dr. Young was cool, he's a good person,

16  and he's smart.

17       Q    Okay.

18       A    And he's a fair person, and a lot of

19  people here miss him, we'd rather have him for a

20  medical -- I would rather have him for a medical

21  director than the one that's here now.

22       Q    Okay.

23       A    So --

24       Q    Why did you name Dr. Young in the lawsuit

25  then?

88

1      A      I mean, basically I just figured that that

2   was -- you know, he was a part of -- I had to get

3   him in order to get her because you gotta get the

4   commissioner in order to get the warden.

5      Q      And if he was not in the chain of command

6   any longer, he was in a completely different area

7   and was no longer in that chain, would you still

8   want to pursue a lawsuit against Dr. Young?

9      A      Yes.

10     Q      Why?

11     A      Because I would have to -- at first I

12  would have to go and get advised by my attorneys.

13     Q      Sure.

14     A      Because they know law, I don't.

15     Q      Sure, sure, sure, and I'm not asking you

16  that part of it, I just meant from how you feel and

17  what you're trying to recover in this action, if he

18  was not in the chain of command of people who were

19  overseeing what was going on in 2A, 3A, managing it,

20  doing policies, treating and so forth, he was

21  completely out of that loop, would you want to

22  pursue a claim against him?

23     A      There would be no need, I mean, for me to

24  continue at him if he have nothing to do with it.

25  He wasn't over none of that.

89

1          MS. MCGOVERN:  Okay, great.  Thank you for
2      your time today.  I have no further questions.
3          THE WITNESS:  Okay.  You could've asked me
4      that from the beginning, I would've told you
5      that about Dr. Young.
6          MS. MCGOVERN:  We could've saved time.
7          THE WITNESS:  Yeah.
8          MR. WILSON:  I just have a few questions
9      for you Mr. Hardy.
10          THE WITNESS:  Okay.
11                    DIRECT EXAMINATION
12  BY MR. WILSON:
13      Q    We were talking earlier about Percocet and
14  warm compresses that you received during the month
15  of July of 2015.  Can you estimate how many times
16  you received that?
17      A    Probably, me estimating, probably four or
18  five times, maybe.
19      Q    And in each of those times, did you ever
20  tell any of the nurses or Dr. Fountain that those
21  Percocets and compresses weren't helping you?
22      A    Yes, I did, I told Dr. Fountain it wasn't
23  helping me.
24      Q    Do you recall what either Dr. Fountain or
25  the nurses said after that?

90

1        A     Just, you know, they -- no, I don't.

2        Q     Okay.  To the best of your knowledge, did

3   any other inmates undergo anything similar to what

4   you went through either before July of 2015 or after

5   July of 2015?

6        A     Yeah.

7              MR. FISHER:  Objection, lack of --

8              MS. MCGOVERN:  Objection to form.

9              MR. FISHER:  -- lack of foundation too.

10       Go ahead.

11       Q     (By Mr. Wilson)  All right.  You can go

12   ahead and answer.

13       A     Yes, I've known inmates lose their legs

14   because of negligence here.  I've known two inmates

15   in my dorm recently that died, Mr. Israel Cruz and

16   Harry Scott, they died in our dorm in front of us

17   recently.  Mr. Robert Price, he fell off a toilet

18   and died.  These be people that they bringing back

19   and forth to medical, and they send them back, and

20   they die in here with us.

21       Q     These individuals you just named, do you

22   recall what they died of?

23       A     (Nods head.)

24       Q     All right.  Can you go through each one

25   and just explain what they died of?

1        A     Mr. Israel Cruz, he was on dialysis, and

2   he had a knot came in his stomach and he kept

3   throwing up every day when he come from dialysis

4   and, you know, everybody kept pushing him back and

5   forth over here to 6A, and they say they don't got

6   no nurses in the evening time.  He left and went out

7   somewhere because the dialysis and the grafts in his

8   arm, he came back and he fell one day and started

9   throwing up, and they got him, put him in the chair,

10  they brought him over here, they sent him back, he

11  died, said he had a tumor and it ruptured.

12            Mr. Harry Scott, he had some form of

13  cancer, and he had been in the hospital and got out

14  and they put him right back down the walk.  He

15  couldn't get up out of the bed, he couldn't bathe

16  himself or nothing.  They inspect every day, they

17  walk through that ward, they walk through every day

18  for inspection, doing cleaning stuff, but he was

19  laying in that bed the whole while.

20       Q     When you say they, they inspect, who are

21  they you're talking about?

22       A     Warden Larry Redd, Warden Monica Harvey,

23  Warden Philbin don't come every day, but they come

24  every day, and they see, they saw, and I watched

25  them watch him die.  Mr. Robert Price, he died, he

92

1  fell off the toilet.  He was on the toilet, he had

2  cancer.  Me and him had been 14 before together.

3  They moved me to 14A-1 moved him to 14A-3, and I

4  seen some dude come up with him in a wheelchair one

5  night, and not long after that, they brought him

6  back in a wheelchair, and in the morning, they said

7  they found him dead.

8          It's a lot of -- it's a lot stuff, it's a

9  lot of people here, man, that died.  You know, you

10  can't save everybody, but it's something else to

11  just let a person -- you just let people -- you let

12  people die.  And I'm not saying nobody knows -- none

13  of us know medical treatment or anything like that,

14  but if this what you sworn to do, then you do that.

15  Don't take my strike as a criminal and try to stand

16  behind your profession as a doctor or a nurse when

17  you letting these people -- you got the same

18  mentality I got if you gonna let somebody die, or

19  the same I suppose I had, because I wouldn't let

20  anybody die, I ain't never killed nobody, and I

21  won't let nobody die if I can help it though, I

22  won't.  But don't do that to people.

23          You watch -- you watch Mike Bradley, the

24  one that got the 586, man, you watch these people --

25  stuff happen to these -- how can you -- as ugly as

93

1   my leg was,  how can you look at that and not do

2   something about it, man, regardless of how bad you

3   hate me or how bad of a person you think I am, could

4   you actually look at something like that and turn

5   your head?  What kind of person are you?  You got

6   pictures of -- you got -- y'all got pictures of my

7   leg?

8        Q    Actually, I'm just asking you --

9        A    Okay.  But you look at it before they cut

10  it off, how can you turn your head from something

11  like that and go home and tell your kids, you know,

12  that you doing the right thing when you just watched

13  the man's leg rot off of his body.  Man, that hurt,

14  that hurt.  It hurts even worse now, not just the

15  physical pain, this what killed my daddy, this is

16  what killed him.

17       Q    Do you know for a fact --

18       A    Yes.

19       Q    -- he found out about this?

20       A    Yes, yes, he did.

21       Q    How did your father find out about it?

22       A    Because when I was at Atlanta Medical

23  Center, they're Georgia Baptist, don't forget,

24  that's my neighborhood, you got officers from other

25  prisons that I know, you got people coming through

94

1    that hospital, and it's not like them hospitals

2    downtown.  If y'all ever been to Georgia Baptist,

3    y'all know what I'm talking about.  That's the hood,

4    them people pour in, street people, homeless people,

5    everybody, and who -- I mean, who can go there and

6    not be seen by somebody that they know, you

7    understand, from that area, from that neighborhood?

8              So y'all call it Atlanta Medical Center,

9    but it's Georgia Baptist on Boulevard, you know.

10   And he got the word, he got the word, there's way to

11   get things done, he got the word that I had lost my

12   leg.  You can call my step-mom right now, she'll

13   verify, you call my sister right now, they called an

14   ambulance, he got an ambulance and went here at

15   Piedmont Hospital, and that's where my dad died at.

16             MR. WILSON:  I have nothing further.

17                   RECROSS-EXAMINATION

18   BY MR. FISHER:

19       Q    You've been mentioning several times that

20   you were asking different people to look at your

21   leg.

22       A    (Nods head.)

23       Q    What were they going to see when they

24   looked at your leg?

25       A    It was ugly, I mean, it was like dark and

95

1   it looked like -- it don't look like my leg.  It

2   don't look like a leg that a man would have on his

3   body, it was nasty, it was real ugly.

4       Q    Were there open sores?

5       A    No, not right -- not on that -- it was

6   like abrasions, like it felt like abrasions and

7   stuff.  But I'm gonna show you something, since you

8   asked.  Can you see that?  Can you see that?

9       Q    Along your Achilles tendon you're pointing

10  to?

11      A    Sir?

12      Q    You were pointing to the area along your

13  Achilles tendon?

14      A    Yes, sir, and one -- this one done healed

15  up, that one healed up.

16      Q    Okay.

17      A    But --

18      Q    Those are sores that you have on your left

19  leg right now?

20      A    Yes, sir.

21      Q    Did you have similar sores on your right

22  leg?

23      A    No, sir.

24      Q    Okay.

25      A    Nothing -- nothing ever happened to break

1    the skin on this leg or anything like that.  And

2    these come from the leg on the wheelchair, I bumped

3    it, that's why I took the legs off my wheelchair,

4    because I was bumping, and it would just be a bump,

5    and a couple days go on, the bump become a sore, and

6    the sore becomes a worse [sic], and the worse [sic]

7    becomes a hole, and then it takes forever for it to

8    heal up.

9         Q    That's related to your diabetes?

10        A    Yes.

11        Q    Okay.  That was not what was happening to

12   your left leg?

13        A    No, sir.

14        Q    Your right leg, I'm sorry, the one that

15   you got amputated, it was not what was happening to

16   your right leg?

17        A    No, sir, my right leg didn't have no kind

18   of injuries to it whatsoever, my foot either, no

19   kind of injury.

20        Q    But what you expected people to be able to

21   see was swelling?

22        A    And the darkness, the darkness in it, and

23   then, you know, it just -- toward the end it got

24   like worse, and you could actually see in -- you

25   know, when I was going back to Jackson, I could

97

1   smell my leg, I was on a van with this leg laying on

2   the seat, and this one on the floor like this, you

3   know, sitting with my back to the window going back

4   to Jackson, and I could actually smell my leg.

5          Q     Okay.  But at that time, you had an open

6   wound; correct?

7          A     No, sir.

8          Q     What I said was right?

9          A     Yes, sir, just darkness and, you know,

10  just darkness, swelling like.

11         Q     All right.  Did either of the nurses who

12  gave you warm compresses on your foot make any

13  comment about your leg?

14         A     Huh-uh, they just put it through -- you're

15  in a glass-front cell with a slide in it, and they

16  bring it to you and put it through the -- you get

17  it.

18         Q     Okay.

19         A     That's it.

20         Q     So you put your own warm compresses on

21  your leg?

22         A     On my leg.

23         Q     All right.  They essentially put the warm

24  compresses through like the food tray opening or

25  whatever?

98

1       A     Yes.

2       Q     Okay.

3       A     Yep.

4             MR. FISHER:  All right.  That's all I

5       have.  Thanks.

6             MS. MCGOVERN:  Nothing further.

7                   REDIRECT EXAMINATION

8    BY MR. WILSON:

9       Q     Mr. Hardy, how much darker was that right

10   leg than the left leg when you were experiencing the

11   symptoms?

12      A     It was very dark, like purple.  It was

13   like on my foot around the tip, like my toenail like

14   around there, and then it come on up and get dark

15   and darker.

16      Q     Was it like that when you first

17   transferred to ASMP?

18      A     When I came here?

19      Q     Yes.

20      A     It progressed while I was here.

21      Q     How much more swollen was the right leg

22   than the left leg when you started experiencing

23   pain?

24      A     It was noticeably swollen, you could

25   notice it, you could see it was probably like

99

1   20 percent when it first started, but once it fully

2   got to that, you could look at my leg and you could

3   tell something was wrong with my leg as far as the

4   way it was messed up, swollen, and the way it

5   looked, you know, you could look at it.

6       Q     Did you ever touch that right leg, feel on

7   it?

8       A     You talking about me?

9       Q     Right, yeah, did you touch your own leg,

10  just when it was hurting, and you tried to stop it?

11      A     Yeah, I touched my leg.

12      Q     Now, did you feel any temperature

13  difference between that right leg and left leg when

14  you were feeling pain?

15      A     Yeah, it was hot.

16      Q     So which leg was hot, the right leg or --

17      A     The right one.

18      Q     The right one?

19      A     Yes, it was hot.  Just that leg pain ain't

20  the only thing, I was throwing up, I was throwing up

21  in there, and she watched me pass a bunch of blood.

22      Q     When you say she, who are we talking

23  about?

24      A     Dr. Fountain.

25      Q     Now, you said that you were getting

1   nausea, when did that start?

2         A     Probably a couple days before, the same --

3   a couple days before I went back to my prison.

4         Q     So this was after the salivary gland

5   surgery?

6         A     Uh-huh.

7         Q     All right.  Did either Dr. Fountain or any

8   of the nurses give you anything for the nausea?

9         A     No, sir.

10         Q     You told them about the nausea though?

11         A     Yes, and I showed them about the blood

12   passing through while she -- when she was in my

13   room.

14         Q     And do you recall what anybody told you in

15   response to the vomiting?

16         A     No, sir.

17         Q     Were you given anything like Kaopectate,

18   Pepto-Bismol, anything like that?

19         A     No, sir.

20               MR. WILSON:  Okay.  All right.  I have

21         nothing further.

22          [The deposition concludes at 1:38 p.m.]

23   /

24   /

25   /

101

1                         DISCLOSURE

2

3               DEPONENT:   GEORGE W. HARDY

4    STATE OF GEORGIA:

5    COUNTY OF RICHMOND:

6               Pursuant to Article 10.B. of the Rules and
     Regulations of the Board of Court Reporting of the
7    Judicial Council of Georgia, I make the following
     disclosure:

8
                I am a Georgia Certified Court Reporter.
9    I am here as a representative of Augusta Scribes
     Court Reporters, LLC.

10
                Augusta Scribes Court Reporters, LLC, was
11   contacted by the offices of the Georgia Department
     of Law to provide court reporting services for this
12   deposition.   Augusta Scribes Court Reporters, LLC,
     will not be taking this deposition under any
13   contract that is prohibited by O.C.G.A. §
     15-14-37(a) and (b).

14
                Augusta Scribes Court Reporters, LLC, has
15   no contract/agreement to provide reporting services
     with any party to the case, any counsel in the case,
16   or any reporter or reporting agency from whom a
     referral might have been made to cover this
17   deposition.   Augusta Scribes Court Reporters, LLC,
     will charge its usual and customary rates to all
18   parties in the case, and a financial discount will
     not be given to any party to this litigation.

19

20
        Dated: 03/09/2020; Andrew Ryan Estroff, CVR, CCR
21

22

23

24

25

102

1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    COUNTY OF RICHMOND:

5

6             I hereby certify that the foregoing
     transcript was taken down, as stated in the caption,
     and the colloquy, questions, and answers thereto
7    were reduced to typewriting under my direction; that
     the foregoing pages 4 through 100 represent a true,
8    complete, and correct transcript of the evidence
     given.

9

10            The above certification is expressly
     withdrawn and denied upon the disassembly or
     photocopying of the foregoing transcript, unless
11   said disassembly or photocopying is done under the
     auspices of Augusta Scribes Court Reporters, LLC,
12   and the signature and original seal is attached
     thereto.

13

14            I further certify that I am not related to
     or are of counsel to the parties in the case; am not
     in the regular employ of counsel for any of said
15   parties; nor am I in any way interested in the
     result of said case.

16

17            This, the 23rd day of March, 2020.

18

19   _____

20   ANDREW RYAN ESTROFF, CVR, CCR

21

22

23

24

25

103

1                        ERRATA SHEET

2          I, George W. Hardy, the witness herein, do
   hereby certify that I have read all questions
3  propounded to me and all answers given by me on the
   9th day of March, 2020, taken before Andrew Ryan
4  Estroff, and that:

5  _____1)  There are no changes noted.

6  _____2)  The following changes are noted:

7
   Page _____ Line _____ should read:_____
8

9  Reason for change:_____

10

11 Page _____ Line _____ should read:_____

12

13 Reason for change:_____

14

15 Page _____ Line _____ should read:_____

16

17 Reason for change:_____

18

19 Page _____ Line _____ should read:_____

20

21 Reason for change:_____

22

23 Page _____ Line _____ should read:_____

24

25 Reason for change:_____

1                    **ERRATA SHEET (Continued)**

2

3    Page _____ Line _____ should read:_____

4

5    Reason for change:_____

6

7    Page _____ Line _____ should read:_____

8

9    Reason for change:_____

10

11   Page _____ Line _____ should read:_____

12

13   Reason for change:_____

14

15   Page _____ Line _____ should read:_____

16

17   Reason for change:_____

18

19                    _____

20                         George W. Hardy

21   Sworn to and subscribed before me

22   on this _____ day of _____, _____.

23   _____

24   Notary Public

25   My commission expires: _____

## [

**[A (1)**
44:23
**[sic] (8)**
15:19;21:7;33:25;
48:8;51:12;75:4;
96:6,6
**[The (1)**
100:22
**[Witness (1)**
4:16

## A

**ability (3)**
7:24;8:3;49:25
**able (15)**
38:22;39:3,21,24;
46:13,14,16,17;47:7,
9,17,22;48:12;84:1;
96:20
**abrasions (2)**
95:6,6
**accept (1)**
29:14
**accident (2)**
8:14;9:3
**according (2)**
16:7;82:25
**accurate (4)**
12:19;29:23;40:4,
19
**accurately (2)**
23:8;32:6
**Achilles (2)**
95:9,13
**across (2)**
47:3,4
**action (1)**
88:17
**active (1)**
49:10
**actually (8)**
12:1;37:1;38:18;
61:10;93:4,8;96:24;
97:4
**Adair (3)**
43:4;54:21;68:21
**additional (1)**
73:14
**address (3)**
25:2,11;52:14
**administered (2)**
8:6,9
**advised (5)**
33:19;34:13;35:18;
37:16;88:12
**affect (3)**
7:24;8:3,9
**affected (2)**
11:10,12

**afraid (1)**
52:13
**African (1)**
67:20
**again (12)**
28:8;29:9,22;
37:25;38:8;43:13;
46:13;58:19;62:25;
63:19;68:20;73:4
**against (3)**
16:12;88:8,22
**Aggravated (1)**
9:25
**aggressive (3)**
12:6,24;13:20
**ago (2)**
73:24;74:6
**ahead (2)**
90:10,12
**ain't (6)**
52:12;60:3;62:12;
81:4;92:20;99:19
**al (1)**
4:4
**allege (13)**
24:8;30:23;31:24;
33:18;34:12;35:17;
36:5,17;37:15,24;
38:7,12;42:22
**alleged (1)**
22:13
**allow (1)**
29:20
**allowed (2)**
4:10;76:21
**along (5)**
39:17;40:22;53:24;
95:9,12
**Alston (4)**
78:25;79:16;85:17;
86:7
**ambulance (3)**
56:23;94:14,14
**amended (1)**
14:4
**amount (2)**
50:11,14
**amputate (1)**
55:22
**amputated (1)**
96:15
**amputation (9)**
30:2;37:5,6,10;
44:9,18;48:17;49:7;
60:15
**Andrew (1)**
4:13
**anesthesia (2)**
62:21,24
**angiogram (7)**
43:8,8;68:25;69:1,
3,7;71:5
**Annarita (2)**

**4:13;73:12**
**anticipated (1)**
52:1
**anticlotting (3)**
21:2;24:12;26:13
**anymore (3)**
82:8,9;83:13
**appointment (1)**
35:8
**appointments (2)**
37:12,13
**appreciate (1)**
70:13
**approximately (2)**
72:21;74:9
**area (14)**
35:1;36:19;37:2,
10;70:5,5;75:11,13;
76:9,24;85:3;88:6;
94:7;95:12
**arises (1)**
28:5
**arm (1)**
91:8
**Armed (3)**
9:13,16;10:2
**arose (1)**
10:4
**around (17)**
38:22;46:13,16;
54:8;63:17,24;64:20,
22;68:19;70:1;74:18;
75:16;76:5;79:25;
84:8;98:13,14
**arrangements (1)**
6:11
**arrival (2)**
41:21;42:25
**arrived (7)**
28:1;39:25;42:23;
43:20;44:4,6,10
**arterial (1)**
59:22
**arteries (1)**
26:11
**arteriograms (1)**
59:20
**artery (7)**
20:4,19,20;21:22;
50:25;60:19;71:21
**ASMP (36)**
13:4,8;18:14;
19:16;23:4;25:1,4,12,
16,18,21,25;28:5,14,
18;30:20,25;31:25;
33:19;34:13;35:18;
37:17;38:1,9,21;
39:25;40:6;41:17;
42:11;44:25;46:14,
18;47:15;63:18;85:6;
98:17
**aspirin (2)**
20:24;21:12

**assault (2)**
9:25;10:12
**assessing (1)**
68:18
**assessment (1)**
67:4
**Assistant (1)**
4:24
**assume (1)**
5:13
**Atlanta (29)**
29:15,16,16,17;
30:2,3;43:16,20;44:4,
8;47:16;54:18,24;
55:13,14,15;57:5,6;
58:4,23;60:20;61:7;
69:13;71:10,14;72:4,
22;93:22;94:8
**attack (1)**
47:1
**Attorney (4)**
4:24;5:22;15:7;
49:22
**attorneys (2)**
50:17;88:12
**Augusta (13)**
4:7,12;10:22;13:2,
17;15:16;16:16;
25:11,18;52:14;
61:17;73:2,4
**authority (1)**
76:16
**aware (2)**
84:11,15

## B

**back (57)**
12:18;26:13;27:16;
28:12,14;29:1,10,13,
18;30:1,20,25;34:11;
37:6;42:7,21;43:22;
46:24;54:9,19,25;
55:10;57:4;61:11,14;
63:9,9,11,14,22;65:2,
3,7,12;66:2;68:17;
70:4,14;73:24;74:6,
13,15;75:12,15,15;
76:7;90:18,19;91:4,8,
10,14;92:6;96:25;
97:3,3;100:3
**bad (3)**
60:8;93:2,3
**bag (1)**
41:9
**bald (1)**
73:19
**ball (4)**
69:23;70:4,9,22
**ballpark (1)**
25:20
**bandage (1)**
19:8

**banged (1)**
80:23
**Baptist (5)**
29:15;43:10;93:23;
94:2,9
**based (1)**
84:2
**basically (4)**
6:4;14:3;19:2;
27:4;66:4,8,17;88:1
**basis (1)**
82:22
**bathe (1)**
91:15
**bear (2)**
57:11,13
**beat (1)**
80:19
**became (1)**
75:24;76:2;77:1
**become (1)**
96:5
**becomes (2)**
96:6,7
**bed (3)**
84:9;91:15,19
**bedding (1)**
32:15
**begin (1)**
5:20
**beginning (1)**
89:4
**behind (2)**
18:4;92:16
**below (1)**
31:6
**besides (3)**
8:12;9:3;10:10
**best (5)**
49:24;50:4;54:3,5;
90:2
**better (2)**
66:24;77:8
**Betty (2)**
5:3;17:4
**black (5)**
55:16;59:24,25;
67:13;73:19
**bleed (1)**
53:1
**blockage (1)**
26:11
**blocked (2)**
23:22,23
**blood (22)**
20:6;21:10,11,14,
15,17,18,23;24:12;
27:12;43:21;53:9;
55:17;57:8,9;65:17,
20,21;66:1;71:19;
99:21;100:11
**Board (1)**
5:1

**bodily (1)**
9:25
**body (3)**
56:12;93:13;95:3
**boom (2)**
80:20,20
**bothered (1)**
22:11
**Boulevard (1)**
94:9
**Bradley (1)**
92:23
**break (7)**
5:21,23,24;44:21,
23;73:7;95:25
**breath (4)**
66:2,2,2,2
**brief (1)**
44:21
**briefly (1)**
14:6
**bring (1)**
97:16
**bringing (2)**
52:9;90:18
**broke (1)**
86:1
**brought (11)**
25:4;30:20;44:14,
19;45:19;56:16,18;
63:9;71:4;91:10;92:5
**buffed (1)**
76:12
**buffing (2)**
75:17;76:14
**Bug (1)**
73:18
**buildup (3)**
23:22,23;24:1
**bump (2)**
96:4,5
**bumped (1)**
96:2
**bumping (1)**
96:4
**bunch (1)**
99:21
**buried (1)**
44:17
**Burnside (14)**
24:16,23;25:5,8;
28:4;43:6,7;52:8;
55:7,8;68:18,20,22;
70:15

**C**

**calcium (4)**
23:22,22,25;24:1
**calf (3)**
31:7;60:21,22
**call (14)**
25:7;27:5;56:18,

19,21;66:21;78:6,12;
80:3,4,8;94:8,12,13
**called (10)**
19:21;43:6;49:4;
55:7;68:22,23;70:25;
75:13;77:17;94:13
**came (40)**
11:6;17:12;19:19;
20:13;27:18;28:14;
30:1,25;31:17;34:17;
37:6;38:24;39:1;
40:22;41:22;42:10;
43:21;54:9;55:5,5,18,
18;56:23;58:3;60:1;
62:14;65:1,5,6;69:2,
20;74:12;77:20,21;
79:25;81:2,24;91:2,
8;98:18
**can (45)**
6:9,11;13:1;18:21;
23:8;26:24;30:1;
31:9;32:9;34:18,21;
35:15,15,19;37:18;
38:1,9,14;43:24;
44:2;45:9;50:2,4;
51:10;54:3;55:25,25;
57:2;59:8;60:6;62:4;
66:24;77:24;78:1;
89:15;90:11,24;
92:21,25;93:1,10;
94:5,12;95:8,8
**cancer (2)**
91:13;92:2
**car (3)**
8:13;9:3;46:24
**cardiologist (1)**
51:3
**care (5)**
15:19,19;48:18;
65:3,11
**careful (2)**
22:7;73:25
**carry (1)**
47:5
**Case (12)**
4:4;5:9;8:21;9:9;
10:4;15:6,10,25;
16:25;17:10;18:2;
73:13
**cases (1)**
10:2
**catch (1)**
78:2
**causing (1)**
23:23
**cell (3)**
69:8;84:9;97:15
**Center (31)**
29:15,16,17,18;
30:3,4;43:17,20;44:4,
9;47:16;54:18,24;
55:13,14,15;57:5,7;
58:4,24;60:20;61:7;

69:13,14;71:10,15;
72:5,23;73:4;93:23;
94:8
**CERT (2)**
31:11;39:14
**chain (3)**
88:5,7,18
**chair (1)**
91:9
**chance (1)**
12:18
**change (3)**
5:11;32:15,15
**changed (1)**
79:8
**changing (1)**
46:24
**charges (3)**
10:4,6;12:2
**chart (1)**
46:2
**check (10)**
33:11;43:2;50:16;
55:8;58:25;65:23,25;
66:7,10,11
**checked (4)**
51:1;55:6;65:21,22
**checking (2)**
67:5;85:8
**checks (1)**
46:2
**children (2)**
6:24;67:16
**choice (1)**
56:1
**circulating (1)**
71:20
**circulation (1)**
31:22
**Civil (1)**
4:10
**claim (1)**
88:22
**claims (3)**
5:9;16:12;19:25
**clarify (1)**
13:3
**classification (9)**
10:23;11:1,10,12;
13:18;23:15;46:21;
54:7;63:22
**cleaned (2)**
19:2;76:12
**cleaning (2)**
76:14;91:18
**clear (3)**
5:17;28:21;55:3
**clinic (1)**
84:12
**clinics (1)**
84:24
**Close (1)**
10:24

**clot (4)**
16:6;21:1;27:18;
53:14
**clots (5)**
16:4;31:20;33:3;
52:11;62:7
**clotted (1)**
62:8
**clotting (2)**
21:2;65:14
**coming (7)**
11:5;39:17;57:22,
22,23;64:24;93:25
**command (2)**
88:5,18
**comment (1)**
97:13
**commissioner (1)**
88:4
**complain (1)**
38:13
**complained (1)**
38:8
**complaining (2)**
35:22;64:25
**complaint (14)**
14:3,4,5;22:13;
24:8;30:23;31:24;
33:18;34:12;35:17;
36:17;37:15;42:22;
81:16
**complaints (8)**
14:20;15:2;36:6,7;
38:14;41:17,19;
66:10
**completely (2)**
88:6,21
**compresses (12)**
40:25;41:3,7,8,14;
67:12,19;89:14,21;
97:12,20,24
**computer (1)**
70:23
**computers (1)**
11:4
**concerned (1)**
52:13
**concerning (2)**
45:11;52:15
**concludes (1)**
100:22
**concurrent (2)**
10:8,17
**condition (4)**
17:2;20:23;26:15;
49:4
**conditions (4)**
19:25;20:3;21:24;
22:1
**conduct (1)**
86:3
**contend (5)**
15:23;16:24;17:9,

25;18:17
**Contin (1)**
49:20
**continue (3)**
28:25;37:11;88:24
**continued (2)**
38:13;84:7
**contract (2)**
70:24;71:3
**conversation (5)**
59:13,16;62:5;
81:24;82:14
**conviction (5)**
9:11,14,16,19;
10:14
**convictions (4)**
9:22,24;10:10,19
**cool (1)**
87:15
**copies (1)**
14:20
**correcting (1)**
72:13
**Corrections (4)**
4:4;5:1;7:16;29:19
**County (3)**
7:11,12,19
**couple (12)**
12:9;21:20;31:12,
13;39:15;48:5;66:19;
68:13;85:19;96:5;
100:2,3
**Court (8)**
4:6,16;5:15;6:1;
8:7,9,15;72:10
**courtroom (1)**
8:8
**cover (1)**
60:10
**Covington (2)**
55:11,11
**C-O-V-I-N-G-T-O-N (1)**
55:11
**Cratis (1)**
37:7
**criminal (5)**
9:11,24;10:10,19;
92:15
**CROSS-EXAMINATION (3)**
4:21;50:19;73:10
**Cruz (2)**
90:15;91:1
**crying (1)**
36:19
**cuff (1)**
65:25
**current (1)**
9:12
**currently (3)**
10:21;48:20;49:13
**cursing (2)**
13:12,13
**cut (13)**

Case 1:17-cv-00172-JRH-BKE   Document 77-11   Filed 02/05/21   Page 109 of 119
GEORGE W. HARDY v.
GEORGIA DEPARTMENT OF CORRECTIONS

GEORGE W. HARDY
March 9, 2020

29:17;30:5,13;
43:11,11;55:24;56:1,
14,16,25;60:22;61:4;
93:9
**cutting (2)**
60:3;61:12

## D

**dad (2)**
56:21;94:15
**daddy (1)**
93:15
**daily (1)**
22:2
**damages (5)**
49:21;50:1,3,6,12
**dark (3)**
94:25;98:12,14
**darker (2)**
98:9,15
**darkness (4)**
96:22,22;97:9,10
**dark-skinned (1)**
57:21
**date (25)**
22:21,22;25:23;
30:6;32:2;33:7,9,16;
35:12,20;36:3,23,25;
37:19,22;38:5,10,15;
39:12;40:4;44:6;
51:15;74:24;77:21;
86:9
**dates (4)**
36:7;38:16;41:16,
19
**day (42)**
12:1;17:14;19:21;
20:12;23:7;27:14;
32:17;41:21,22;44:5,
18;45:15,25;46:1,19;
48:4,4;55:1,7;56:21,
25;57:4;63:17;64:25,
25;65:5,6;67:21,22,
24;69:2;71:9,11,12,
13;80:19;91:3,8,16,
17,23,24
**days (12)**
24:17,21;30:7;
31:8;48:5,5,11;68:12,
14;96:5;100:2,3
**dead (5)**
44:17;46:23;58:12,
13;92:7
**deal (1)**
9:8
**death (1)**
53:1
**decide (1)**
63:6
**decision (1)**
24:14
**deep (1)**

53:18
**defendant (1)**
8:17
**Defendants (2)**
5:2;15:10
**demonstrate (2)**
82:23;83:7
**Department (5)**
4:4,25;5:1;7:16;
29:19
**depend (1)**
48:14
**deposed (2)**
5:4,5
**deposition (14)**
4:2,7,11;5:6,9;6:3;
13:24;14:8,11,13,15,
22;15:4;100:22
**Describe (2)**
31:4;48:23
**describing (1)**
32:1
**desk (1)**
80:19
**detail (1)**
16:11
**details (1)**
37:21
**Diabetes (7)**
20:2,7,8,13,15;
21:22;96:9
**Diagnostic (5)**
13:18;23:15;46:21;
54:7;63:22
**dialysis (3)**
91:1,3,7
**diaper (1)**
41:9
**die (8)**
55:25;60:6;90:20;
91:25;92:12,18,20,21
**died (10)**
56:24;90:15,16,18,
22,25;91:11,25;92:9;
94:15
**diet (1)**
21:19
**difference (1)**
99:13
**different (11)**
7:9;14:21;32:3,16;
53:1;65:19;67:6;
85:2;86:1;88:6;94:20
**differently (1)**
84:25
**difficult (1)**
47:8
**dining (3)**
75:14;76:9,23
**direct (2)**
22:9;89:11
**director (22)**
19:14,15;35:25;

36:9;74:11,15,16;
77:23;78:7;79:3,12;
81:7,11,16,23;82:4,7,
19,23,25;85:15;87:21
**disciplinary (14)**
11:9,13,18,21,24;
12:2,5,14,18,23;13:4,
5,11,19
**discontinued (1)**
24:9
**discovery (1)**
4:9
**discuss (1)**
6:9
**discussed (1)**
15:6
**disease (4)**
20:4,20,20;21:22
**District (2)**
4:5,6
**Division (1)**
4:7
**doctor (35)**
15:13;16:6;22:10;
26:2;32:4,20,20;
36:8;41:24;43:3,6,
21;46:1,2,9;50:21,25;
52:6;55:15,16,16;
57:16,24,24;59:11,
24,25,25;62:5,18;
78:23;83:19,22;84:3;
92:16
**doctors (11)**
16:20;20:11;31:18;
35:23;44:8;61:21;
85:7;86:21,25;87:2,6
**documents (4)**
13:25;14:7,12,17
**done (10)**
5:6;16:6,23;29:13;
48:15;59:21;69:7,12;
94:11;95:14
**door (3)**
41:25;42:4;66:21
**dorm (4)**
69:1,2;90:15,16
**down (10)**
5:16;16:9;52:9;
58:7,15;70:10,22;
72:16;74:1;91:14
**downtown (4)**
22:24;23:9;61:17;
94:2
**Dr (92)**
15:12;16:12;19:18,
19;24:16,23;25:5,8;
26:6;27:2,6,9,11,13,
19;28:4;32:7,8,22,23;
34:16,20,22;41:24;
42:8,9;43:6,7;44:25;
45:5;51:10;52:2,8,
19;53:11;55:7,8;
57:17,19;58:2;59:11;

63:17;64:7;65:4,16;
68:18,20,22;70:15;
73:13,17;74:14;77:5,
7,13,19;78:6;80:2,3,
4,8,11,20,22,25;81:3,
17;82:20;83:8,18;
85:6,11,12,17,18;
86:7,20,24;87:1,4,5,
8,10,15,24;88:8;89:5,
20,22,24;99:24;100:7
**drag (4)**
39:14;47:9,23;68:7
**dressing (1)**
32:14
**drew (3)**
43:21;55:16;57:8
**drip (3)**
53:8,12;65:13
**drives (1)**
73:18
**dropped (3)**
11:6,8,8
**dude (1)**
92:4
**duly (2)**
4:16,19
**Dupree (2)**
46:20;47:2
**during (11)**
33:4;38:21,23;
44:25;45:18;61:6;
77:16;78:17;85:6;
86:22;89:14
**duty (1)**
65:5

## E

**ear (2)**
22:24;24:7
**earlier (4)**
36:17;41:17;46:12;
89:13
**early (5)**
74:19,25;75:5,19;
77:14
**eat (2)**
22:7,8
**Edward (1)**
24:16
**Edwin (1)**
4:13
**effect (1)**
40:20
**either (5)**
89:24;90:4;96:18;
97:11;100:7
**Elizabeth (3)**
5:4;18:23,24
**else (9)**
26:7,21;45:10;
53:6;68:3;77:7;79:2;
85:24;92:10

**encounter (4)**
33:5;37:22,25;38:2
**encounters (1)**
36:3
**end (6)**
6:9,10;69:23;70:9,
22;96:23
**enforcement (1)**
10:13
**enjoy (1)**
76:8
**enough (5)**
33:17;35:14;51:25;
59:7,7
**entire (2)**
35:21;38:23
**errors (2)**
5:25;6:7
**essentially (1)**
97:23
**estimate (2)**
12:13;89:15
**estimating (3)**
12:15,17;89:17
**Estroff (1)**
4:14
**et (1)**
4:4
**even (12)**
8:7;39:20;44:13,
15;53:7;65:13;67:14,
15;79:4;80:1;85:20;
93:14
**evening (5)**
43:14,15;67:11;
68:22;91:6
**everybody (5)**
11:7;18:6;91:4;
92:10;94:5
**exact (11)**
12:9,11;22:22;
30:6,18;36:23;39:12;
46:5;51:15;74:24;
77:21
**exactly (4)**
53:16;62:13;66:22;
83:17
**examination (5)**
45:10;57:6;72:6;
89:11;98:7
**examine (2)**
45:6,8
**Examined (4)**
4:19;42:14,23;
46:10
**except (1)**
70:19
**excited (1)**
87:9
**excuse (1)**
47:12
**exercise (1)**
21:19

**expected (1)**
96:20
**experiencing (6)**
30:24;31:5,14;
37:17;98:10,22
**explain (3)**
27:8;52:22;90:25
**explained (2)**
25:8;52:24

## F

**facilities (1)**
13:21
**facility (1)**
23:11
**fact (5)**
30:15;32:7;74:14;
86:8;93:17
**facts (1)**
9:8
**factual (1)**
38:19
**factually (1)**
36:12
**fair (3)**
59:7,7;87:18
**familiar (4)**
26:15;56:4;58:1;
84:17
**family (1)**
6:19
**far (5)**
7:5;56:3,7;71:23;
99:3
**father (2)**
44:17;93:21
**Federal (2)**
4:10;8:15
**feel (6)**
15:18;50:8;66:11;
88:16;99:6,12
**feeling (4)**
68:15,19;69:16;
99:14
**feet (5)**
31:6;48:8;67:5,9;
70:19
**fell (4)**
68:12;90:17;91:8;
92:1
**felony (4)**
9:14,16,18;10:14
**felt (6)**
15:20;31:7,17;
62:7;65:14;95:6
**female (4)**
15:12;55:16;57:19;
59:25
**few (5)**
63:13;73:14;76:24,
25;89:8
**figure (2)**

61:10;62:2
**figured (3)**
14:21,23;88:1
**file (1)**
12:19
**filed (1)**
9:7
**finally (1)**
19:13
**find (3)**
42:7;59:18;93:21
**fine (4)**
6:13;73:9;74:24;
85:5
**finish (3)**
5:20;82:2,3
**finished (1)**
7:6
**First (15)**
4:19;28:1;31:14,
17;39:1,1;46:4;
58:24;72:5;73:20;
75:24;76:1;88:11;
98:16;99:1
**Fisher (11)**
4:13;6:14;28:21;
50:20;51:12,14;73:5;
90:7,9;94:18;98:4
**Five (4)**
10:17;12:10,13;
89:18
**fixed (1)**
15:21
**flagged (1)**
80:2
**flat (1)**
68:8
**flesh (1)**
86:13
**flight (1)**
37:8
**floor (3)**
31:13;39:15;97:2
**floors (1)**
75:17
**flow (1)**
59:22
**following (1)**
78:10
**Follows (1)**
4:20
**food (1)**
97:24
**foot (60)**
16:1,3;17:2,12,15;
27:18;31:9,17;33:20;
34:14;37:18;38:8,13;
39:4,13,18,18,20,22,
24;40:3;45:11;46:6,
14,17;47:9,17,22,23;
48:24;58:7,12,13,19,
22,25;62:6,7,16;
65:14;66:10,11;68:6,

8,15,18,19;69:16,17;
70:2,2,5;72:16;
78:23;80:12,21;81:3;
96:18;97:12;98:13
**forever (1)**
96:7
**forget (1)**
93:23
**form (2)**
90:8;91:12
**forth (5)**
26:14;70:4;88:20;
90:19;91:5
**found (2)**
92:7;93:19
**foundation (1)**
90:9
**Fountain (40)**
5:2;15:11,11,12;
16:12;26:6;27:2,9,11,
13,19;32:7,22,23;
34:16,20,22;41:24;
42:8,9;44:25;45:5;
52:19;53:11;63:17;
64:7;65:4,16;80:2;
85:11,12;86:20,24;
87:1,4;89:20,22,24;
99:24;100:7
**Fountain's (1)**
32:8
**four (1)**
89:17
**fourth (1)**
27:14
**frame (3)**
47:13;51:9,17
**freedom (2)**
50:6,6
**front (5)**
41:25;42:4;52:20;
64:7;90:16
**full (2)**
6:15;82:14
**fully (1)**
99:1
**further (5)**
82:11;89:2;94:16;
98:6;100:21

## G

**gangrene (4)**
16:9,9;43:25;44:3
**gave (15)**
12:3,18;28:17;
33:24;34:4,6;35:9,
14;56:2,5;60:9;
62:15;67:11;70:16;
97:12
**GDC (1)**
6:17
**GDCP (13)**
13:10,11;24:9;

25:16;42:20,21,23;
43:12;54:25;70:24;
71:2;73:1,4
**GED (1)**
7:13
**gel (3)**
69:21;70:6,20
**General (2)**
4:24;51:16
**generally (1)**
86:22
**George (4)**
4:3,3,18;6:16
**Georgia (13)**
4:4,6,25;7:12,20;
13:18;23:15;29:14;
43:10;46:20;93:23;
94:2,9
**gesture (1)**
83:6
**gestured (1)**
83:4
**Giddens (5)**
5:2;16:12,13,14;
26:8
**girl (1)**
63:2
**given (2)**
9:1;100:17
**giving (3)**
29:1;30:4;38:17
**glad (1)**
72:13
**gland (19)**
22:14;23:21;24:1,
4;27:24;28:10;29:12;
30:20;40:16;47:15;
51:22;61:15,22;
62:16;63:21;65:2;
71:19;78:20;100:4
**glass (1)**
64:21
**glass-front (1)**
97:15
**God (3)**
56:13;60:23,25
**goes (1)**
75:11
**gonna (11)**
18:4;24:20;29:10;
48:5;53:12;55:21,24;
63:6;86:11;92:18;
95:7
**good (6)**
71:24;77:7;83:19,
22;87:10,15
**Gore (2)**
54:21;68:21
**gotta (2)**
69:3;88:3
**gown (1)**
18:6
**grade (2)**

7:6,7
**grafts (2)**
31:21;91:7
**gray (1)**
73:19
**great (1)**
89:1
**grievance (1)**
85:20
**Griffin (1)**
7:10
**ground (1)**
68:8
**guarantee (1)**
66:21
**guard (1)**
55:18
**guess (8)**
8:16;11:4;16:7,20;
40:21,23;56:8;68:6
**guy (3)**
59:24;86:14;87:11
**guy's (1)**
86:14
**gym (1)**
49:10

## H

**habit (1)**
5:16
**hair (2)**
67:14;73:20
**Hale (1)**
24:16
**Hancock (4)**
12:25;13:1,17;
55:18
**handle (1)**
84:25
**hands (1)**
83:6
**happen (2)**
39:10;92:25
**happened (15)**
17:16;31:10,23;
42:2,3,4,6;61:4,4;
67:1;68:12;77:16,20;
80:15;95:25
**happening (3)**
77:19;96:11,15
**hard (1)**
46:17
**Harden (3)**
64:5,12,15
**H-A-R-D-E-N (1)**
64:14
**Hardy (11)**
4:3,3,18,23;6:16,
19;7:18;50:21;73:13;
89:9;98:9
**harm (1)**
35:2

**Harry (2)**
90:16;91:12
**Harten (1)**
64:13
**Harvey (1)**
91:22
**hate (1)**
93:3
**Hays (1)**
11:7
**head (16)**
5:15;31:1;45:2;
47:24;58:12;72:8,10;
73:19;79:19;84:14,
19,21;90:23;93:5,10;
94:22
**heal (1)**
96:8
**healed (2)**
95:14,15
**health (3)**
26:15;65:3,11
**heard (2)**
69:25;78:8
**heart (4)**
47:1;51:1,24;65:23
**help (19)**
16:3;17:17,18;
18:20;19:4,11,11;
34:9;40:23;41:14;
53:4,7;55:20,21;64:8,
8;78:24;83:16;92:21
**helped (4)**
15:21;34:10;46:20;
68:13
**helping (2)**
89:21,23
**heparin (5)**
53:8,8,12,18;65:13
**heparin's (1)**
53:12
**Herring (2)**
7:11,19
**hey (2)**
80:17;81:4
**High (3)**
7:10,10,12
**high-max (5)**
23:16;29:6,13,20;
47:3
**high-maximum (1)**
23:17
**himself (1)**
91:16
**history (1)**
16:4
**hit (1)**
46:24
**hold (2)**
78:2,2
**holding (1)**
37:10
**hole (1)**

96:7
**home (6)**
50:2;56:19,19,21;
68:23;93:11
**homeless (1)**
94:4
**honestly (1)**
7:24
**hood (1)**
94:3
**hospital (15)**
23:2,6,9;25:17;
28:14;43:13;56:24;
61:16,21;63:1,20;
70:16;91:13;94:1,15
**hospitals (1)**
22:24;94:1
**hot (9)**
33:24;34:5,6,8;
41:10,11;99:15,16,19
**hours (1)**
63:13
**housed (1)**
23:11
**HST (4)**
19:1,2,6;64:6
**Huh-uh (5)**
47:18;57:21;60:16;
71:12;97:14
**hurt (2)**
93:13,14
**hurting (6)**
16:1,4;62:10,16;
71:25;99:10
**hurts (1)**
93:14

**I**

**ID (1)**
6:17
**idea (1)**
38:17
**ignored (2)**
27:4,10
**III (1)**
6:16
**immediately (1)**
43:10
**impact (4)**
22:1,4,9;49:7
**implants (1)**
31:21
**inaccurate (1)**
33:12
**incarcerated (3)**
9:8;10:21;12:22
**include (1)**
85:11
**independently (1)**
33:15
**indicate (1)**
51:8

**indicated (1)**
51:17
**indicating (3)**
31:9,10;69:24
**individual (1)**
15:9
**individuals (1)**
90:21
**infected (1)**
16:8
**infection (3)**
16:8;23:24;56:3
**inform (3)**
32:2,5,22
**informed (3)**
31:25;44:2;64:6
**initial (3)**
57:6;59:19;72:6
**injuries (1)**
96:18
**injury (2)**
10:1;96:19
**inmate (1)**
41:13
**inmates (3)**
90:3,13,14
**inside (1)**
43:9
**inspect (2)**
91:16,20
**inspection (3)**
17:13,14;91:18
**instance (1)**
34:2
**instead (1)**
31:8
**institution (2)**
11:5;42:7
**instruct (1)**
66:18
**instructed (1)**
17:17
**instructing (1)**
66:18
**instruction (1)**
16:19
**insubordinate (1)**
13:6
**insubordination (2)**
13:6,13
**insulin (2)**
20:18;32:13
**insurance (1)**
8:14
**interpret (1)**
83:14
**interrupt (1)**
57:2
**into (2)**
19:24;37:9
**involved (6)**
8:11;9:2;17:6,22;
26:19,19

**Israel (2)**
90:15;91:1
**issue (2)**
52:14;62:7
**issues (2)**
25:10,10
**itch (1)**
48:24
**item (1)**
11:19

**J**

**Jackie (2)**
26:20;64:9
**Jackson (13)**
27:16;28:2,12;
29:10;46:21;47:2;
54:19;55:6;65:13;
68:17;69:18;96:25;
97:4
**job (4)**
76:8;79:4,7;84:13
**jobs (1)**
79:9
**jug (1)**
41:9
**July (31)**
22:16;25:23,24;
29:2;30:17;31:25;
33:7,19,22;34:2,3,12;
35:8,12,18;36:2,6;
37:16,24;38:7,12;
41:22,23,24;42:18;
54:23;63:23;86:23;
89:15;90:4,5
**June (11)**
25:22;30:16,17;
54:8,15,16,23;63:23;
72:22,25;86:23

**K**

**Kaopectate (1)**
100:17
**keep (4)**
61:7;64:24;72:12,
12
**kept (12)**
16:1,2,3;29:2,4;
57:22,22,23;84:7;
86:10;91:2,4
**Kidnapping (4)**
9:15,18,25;10:3
**kids (2)**
7:2;93:11
**killed (3)**
92:20;93:15,16
**Kimberly (5)**
5:2;15:10,11;
41:24;87:4
**kind (9)**
46:8;47:12;53:23;

60:21;84:2;87:9;
93:5;96:17,19
**knew (12)**
49:9;51:21;53:14;
77:8,13,13;80:25;
81:6,9,14;83:18,18
**knot (1)**
91:2
**knowledge (2)**
63:8;90:2
**known (4)**
77:11;82:20;90:13,
14
**knows (1)**
92:12

**L**

**lack (2)**
90:7,9
**lady (12)**
43:8;55:8,9;57:22;
63:4;64:2;67:13,20;
68:2;69:2,20;70:25
**Larry (1)**
91:22
**last (2)**
11:17;46:19
**late (3)**
75:19;76:10;77:16
**Later (4)**
37:3,4;76:19,20
**Law (3)**
4:25;10:13;88:14
**lawsuit (6)**
8:12;9:5;49:21;
50:12;87:24;88:8
**lawsuits (2)**
9:3,7
**lay (2)**
91:19;97:1
**laying (2)**
91:19;97:1
**learned (1)**
53:23
**least (2)**
68:14;82:17
**leave (2)**
55:25;84:5
**led (1)**
9:11
**Lee (2)**
5:3;17:4
**left (34)**
6:6;29:11,11;
30:18;39:19;41:22,
23,23;45:21;48:4,5,6,
12;49:1;54:6,12;
57:11;58:5,9,20;
68:12,14;71:16,23;
72:7,12;86:8,8;91:6;
95:18;96:12;98:10,
22;99:13

**leg (134)**
15:22;16:10;17:2,
12,16;18:7,12,21,22;
19:12,22,23;29:12,
17;30:5,13,24;31:15;
32:25;33:2,9;34:7,9;
35:19,22;37:17;38:8,
13;41:6;42:3,12,15;
43:9,11,25,25;44:3;
46:3,6;47:7;48:8,17,
21;49:1,2,3;50:10;
53:3;55:8,21,24;
56:13,13,14,16,20,22,
25;57:11,13;58:5;
59:22;60:3,3,8,11,14,
15,18,19,22;61:5,12,
21,24;62:8,13,25;
63:7,8;68:5,24;
69:22;70:3,5,8,10,21,
22;71:16,16,17,24,
24;72:7,11,16;86:6;
93:1,7,13;94:12,21,
24;95:1,2,19,22;96:1,
2,12,14,16,17;97:1,1,
4,13,21,22;98:10,10,
21,22;99:2,3,6,9,11,
13,13,16,16,19
**legs (4)**
73:22;74:7;90:13;
96:3
**letting (3)**
26:9;35:23;92:17
**lie (1)**
35:4
**Lieutenant (4)**
46:20,23;47:2,4
**life (6)**
7:21;9:23;10:8;
22:2,4;49:8
**lifted (1)**
60:9
**liked (1)**
83:21
**limb (2)**
56:4,8
**Linda (5)**
5:2;16:12,13;43:3;
68:21
**listen (1)**
33:14
**live (2)**
7:21;56:1
**living (1)**
16:5
**lockdown (1)**
37:10
**long (17)**
11:25;20:8,20;
21:14;25:20;29:22;
43:12;44:3,10,13,16;
56:15,15;73:8;76:23;
86:16;92:5
**longer (9)**

11:25;21:19;31:10;
77:23;78:6,24;81:7;
88:6,7
**look (24)**
6:5;14:2;18:21,22;
19:12,22,23;32:25;
33:2;46:3;53:3;
60:22;73:17;80:1,20;
81:3;93:1,4,9;94:20;
95:1,2;99:2,5
**looked (15)**
14:3,4,5,7,11;46:5,
10;56:9;60:10;68:24;
70:21;80:19;94:24;
95:1;99:5
**looking (4)**
33:15;53:4,5;70:11
**loop (1)**
88:21
**lose (1)**
90:13
**lost (4)**
15:22;56:20,22;
94:11
**lot (10)**
22:6;48:24;61:10;
66:4,25;77:14;87:18;
92:8,8,9
**lower (4)**
11:3,3,3;31:6;60:14
**lungs (1)**
65:24

## M

**ma'am (9)**
74:21,23;75:23;
76:11,22;80:16;
81:21;84:16,23
**machine (4)**
64:16,18,23;69:20
**machines (1)**
64:4
**mainly (1)**
53:4
**makes (1)**
56:2
**male (3)**
55:16;57:24;59:25
**man (11)**
49:12;50:8;56:13;
60:25;61:9;78:23;
92:9,24;93:2,13;95:2
**management (2)**
23:18;42:1
**manager (2)**
44:19;56:17
**managing (1)**
88:19
**man's (1)**
93:13
**manually (1)**
11:3

**many (7)**
7:1;12:8;23:10;
24:17;30:7;32:10;
89:15
**marks (1)**
46:2
**married (2)**
6:20,22
**Mary (4)**
54:21;68:21;78:24;
79:16
**massive (1)**
47:1
**Matter (2)**
74:14;86:8
**may (5)**
46:4;51:8,18,21;
71:18
**maybe (3)**
14:21;28:9;89:18
**McDonald (1)**
56:17
**McDonough (2)**
7:12,19
**McDowell (1)**
44:19
**McGovern (9)**
4:13;73:7,11,12;
79:21;89:1,6;90:8;
98:6
**McGrew (4)**
5:3;17:4,6,9
**mean (26)**
13:12;18:14;19:6;
22:3,3,6;27:8,10;
33:23;35:1;37:4;
41:8;50:8;55:4;
58:20;59:1;65:19;
66:24;68:3;83:1,14;
85:25;88:1,23;94:5,
25
**means (1)**
6:4
**meant (4)**
28:22,24;60:20;
88:16
**Medical (109)**
4:12;10:22;12:6,
24;13:14,17,20;
14:14,24;15:1,16;
16:7,16;17:1,6,22;
19:14,15,25;20:3,23;
21:23;22:1;24:9;
25:25;27:7;29:15,16,
17,18;30:2,4;31:11,
25;33:19;35:18,25;
36:3,9;37:11,13,17,
21,25;38:2,8;41:18,
19;42:12,23;43:17,
20;44:4,8;47:16;
51:8,17;54:18,24;
55:13,14,15;57:5,7;
58:3,4,23;60:20;

61:7;64:21;69:9,10,
11,13,14;71:10,15;
72:4,22;73:2,4;74:11,
14,16;75:15,16,17;
76:9;77:23;78:7;
79:3,12;80:10;81:7,
11,15,22;82:4,7,18,
23,25;85:15;87:20,
20;90:19;92:13;
93:22;94:8
**medicated (2)**
61:8,9
**medication (17)**
21:2,8,17,18,20;
24:10;26:13;27:20;
28:2,3;33:20,21;
34:14,15;40:7;53:15;
59:5
**medications (9)**
8:2;20:14,17,22;
21:4;40:12;44:12;
49:16,19
**meeting (1)**
67:16
**memory (4)**
35:1,13;54:5;55:3
**mental (1)**
7:23
**mentality (1)**
92:18
**mentioned (7)**
13:16;53:2;63:16;
64:10;65:16;67:2,10
**mentioning (1)**
94:19
**messed (2)**
49:11;99:4
**met (1)**
73:12
**metformin (1)**
20:18
**Methodius (1)**
57:18
**Methodius-Rayford (3)**
57:17;58:2;59:11
**microwave (1)**
41:11
**Mike (1)**
92:23
**million (1)**
50:15
**mind (1)**
59:16
**minute (3)**
22:17;47:21;56:10
**misdemeanor (1)**
10:15
**miss (1)**
87:19
**missed (1)**
26:18
**misspellings (1)**
6:7

**mistake (2)**
81:16,21
**Mitchell (1)**
26:9,20;64:9
**mix (1)**
72:14
**mixed (3)**
44:11;58:21;77:6
**moment (1)**
33:10
**monetary (1)**
50:1,6,12
**money (1)**
8:25
**Monica (1)**
91:22
**month (4)**
45:23;72:21;86:9;
89:14
**months (3)**
76:24,25,25
**more (9)**
16:11;18:3;20:9;
39:18;49:12;67:15;
81:5,13;98:21
**morning (5)**
14:9;27:12;43:7;
55:2;92:6
**most (5)**
12:3,4,4;14:6;61:6
**mother (1)**
9:1
**move (10)**
32:17;36:18;37:3;
39:20,21,24;58:7,11,
15;72:16
**moved (4)**
37:1;70:4;92:3,3
**moving (1)**
40:2
**much (4)**
8:23;44:1;98:9,21
**myself (1)**
4:14

## N

**name (11)**
4:23;6:15;26:18;
34:21;41:4;57:25;
64:11;73:20;86:14;
87:24
**named (3)**
50:21;57:17;90:21
**names (1)**
34:18
**nasty (1)**
95:3
**nature (1)**
13:4
**nausea (3)**
100:1,8,10
**need (11)**

5:21;14:23;23:20;
71:7;72:10;73:7;
74:24;80:11;83:10;
84:22;88:23
**needed (7)**
14:22;33:20,21;
34:13,15;42:2;44:9
**needs (3)**
64:8,8;72:10
**negligence (1)**
90:14
**negligent (3)**
15:18,24;18:18
**neighborhood (2)**
93:24;94:7
**Neurontin (1)**
49:20
**next (12)**
15:9;16:12;17:4,
19;18:8,23;36:5;
43:7;55:1,2,7;69:2
**night (11)**
18:25;41:5;43:6;
55:1,7;56:17;67:21,
24;68:2;69:1;92:5
**Nineties (1)**
75:21
**ninety (1)**
75:6
**ninth (2)**
7:6,6
**nobody (9)**
17:18;19:12,12;
68:3;70:1;72:6;
92:12,20,21
**nod (1)**
72:9
**nodding (1)**
5:15
**Nods (10)**
31:1;45:2;47:24;
72:8;79:19;84:14,19,
21;90:23;94:22
**none (5)**
48:9,10;68:16;
88:25;92:12
**Nope (2)**
67:9;76:18
**normally (1)**
11:2
**nose (2)**
22:25;24:7
**notes (3)**
15:3;87:3,6
**notice (3)**
4:8;14:13;98:25
**noticeably (1)**
98:24
**numbness (3)**
31:7,8;37:18
**nurse (34)**
16:14;18:10,13;
26:8,8,8,20,22;34:16;

35:9,9,14,15;41:5;
43:3;64:3,10;66:6;
67:11,18,20;68:1,21,
21;69:5;70:1;71:2;
78:8,12,15;80:4,4;
86:15;92:16
**nurses (24)**
18:20;26:2,18;
31:18;32:3,3,10,11,
16;34:19,24;35:25;
64:5;66:20;67:3,5;
69:15;70:19,24;
89:20,25;91:6;97:11;
100:8
**nurse's (1)**
41:4

# O

**oath (2)**
8:6,8
**Objection (2)**
90:7,8
**obstruction (1)**
10:12
**Obuka (4)**
26:8,22;67:20;68:1
**occur (1)**
36:22
**odor (1)**
56:11
**off (44)**
21:16;24:14,24;
25:6,6,6,8,11;28:3;
29:17;30:5,7,11,13,
15,16;31:12;33:6;
34:23;39:15;43:11,
11;45:15;52:3,22,24;
54:6,10;55:24;56:1,
14,16,25;60:4,22;
62:24;65:11;72:20;
78:5;80:2;90:17;
92:1;93:10,13;96:3
**offer (1)**
17:1
**office (1)**
69:5
**Officer (5)**
37:8;55:10,11,12;
70:1
**officers (8)**
31:11;37:7;39:14;
42:1;46:22;63:9;
68:13;93:24
**official (1)**
10:13
**offset (1)**
33:23
**often (5)**
40:18;41:2;45:17
**old (2)**
7:3;68:2
**older (1)**

67:13
**once (2)**
68:3;99:1
**one (42)**
8:9,12,14,19;10:4;
18:3;20:12;21:4;
22:24;34:20;37:16;
46:23,25;50:9;56:17;
58:8;59:18,20;61:17;
63:25;64:5,6,9;71:6,
24;77:20;78:12;
80:19;85:7;87:5,21;
90:24;91:8;92:4,24;
95:14,14,15;96:14;
97:2;99:17,18
**ones (3)**
12:3,4,4
**ongoing (1)**
49:5
**only (11)**
18:6;32:8;34:20;
35:15;42:9;60:18;
71:15,17,21;83:1;
99:20
**open (3)**
60:21;95:4;97:5
**opening (1)**
97:24
**opinion (1)**
83:25
**opportunity (1)**
5:25;6:5
**order (3)**
70:16;88:3,4
**ordered (3)**
59:19;68:25,25
**orderly (11)**
73:21;74:4,19,25;
75:2,3,10,25;76:2;
77:1;84:17
**orders (2)**
14:21;15:1
**others (1)**
20:5
**out (48)**
6:6;8:22;20:13;
21:1;29:6;31:11;
32:11,12,13;36:19;
42:5,8;43:5;49:10;
55:6,9;59:18;61:10;
62:2,15,20;64:3,7,11;
66:2,2,20;69:3,6;
70:13;71:7;75:11;
79:17,23;80:11;86:1,
10,11,12,15,15,17;
88:21;91:6,13,15;
93:19,21
**outburst (1)**
18:4
**outpatient (2)**
84:12,24
**outside (2)**
33:1;56:3

**over (39)**
6:5;12:12;14:5,6;
15:13;17:14,15;
19:20;27:7;43:7;
48:15;55:19;63:19;
65:1,1;70:4;72:21;
74:1;81:5,12,18;82:7,
9;83:2,3,4,11,12,13,
15;84:11;85:10,12,
13;86:9,13;88:25;
91:5,10
**overheard (1)**
71:6
**overnight (2)**
43:14,15
**overseeing (1)**
88:19
**own (2)**
97:20;99:9

# P

**packed (1)**
55:10
**pain (32)**
30:24;31:4,15,18;
33:2,9,20,21;34:9,13,
15;35:19;37:18;38:8,
13,13;40:7,12,21,22,
23;42:8;48:20;49:4,
14;59:5;61:6;71:18;
93:15;98:23;99:14,
19
**painful (1)**
40:17
**papers (1)**
44:14
**part (5)**
31:6;60:15;75:14;
88:2,16
**particular (2)**
19:21;35:8
**parts (1)**
85:2
**pass (2)**
31:8;99:21
**passed (1)**
56:21
**passing (1)**
100:12
**past (1)**
75:16
**pen (2)**
70:9,21
**pencil (1)**
70:9
**pending (1)**
5:23
**people (23)**
17:11;29:6;35:23;
49:9;52:24;53:3;
62:11;66:25;87:19;
88:18;90:18;92:9,11,

12,17,22,24;93:25;
94:4,4,4,20;96:20
**people's (1)**
45:16
**Pepto-Bismol (1)**
100:18
**percent (1)**
99:1
**Percocet (8)**
33:24;34:5,6,8;
40:10,18,20;89:13
**Percocets (1)**
89:21
**performed (2)**
22:21,23
**period (6)**
11:22,23;45:18;
63:19,23;86:22
**persisting (1)**
35:19
**person (10)**
32:8;35:3;58:2;
71:3;87:14,15,18;
92:11;93:3,5
**personnel (1)**
80:10
**pertain (1)**
73:15
**Peter (2)**
4:12;50:18
**PETERS (14)**
4:2,22,24;6:11;
22:20;29:8;31:4;
44:21,24;47:14,21;
50:11,16;54:2
**phantom (1)**
49:4
**Philbin (1)**
91:23
**phone (4)**
44:20;56:18;68:22,
23
**physical (3)**
7:23;48:18;93:15
**pick (2)**
31:12;68:13
**picture (1)**
70:23
**pictures (2)**
93:6,6
**piece (1)**
23:25
**Piedmont (2)**
56:24;94:15
**pills (1)**
32:14
**Pitts (1)**
76:2
**place (1)**
12:25
**places (1)**
56:11
**plaintiff (2)**

8:17,18
**plastic (1)**
    41:9
**Plavix (55)**
    20:24,25;24:9,11,
    15,18,24;25:6,7,9,11;
    26:1,10,16,17;27:2,9,
    15,17;28:3,8,10,11,
    18,20;29:2,4,9,22;
    30:7,15,17;31:20;
    52:3,7,9,15,17,22,25;
    53:5,7,14,15;54:6,10,
    17,22;65:7,12;72:21,
    25;73:1,3;78:5
**played (1)**
    70:1
**Please (7)**
    4:14;5:13,19,23;
    6:14;22:18;51:11
**pm] (1)**
    100:22
**point (8)**
    47:6;54:5;68:7;
    77:4;79:5,18,23;81:6
**pointing (2)**
    95:9,12
**poker (1)**
    48:25
**policies (1)**
    88:20
**P-O-O-M-I-P-A-N-I-T (1)**
    51:12
**Poommipanit (3)**
    50:22;51:10;52:2
**Possession (2)**
    11:15,19
**pounds (1)**
    49:11
**pour (1)**
    94:4
**preparation (4)**
    13:24;14:8,10,15
**prepared (1)**
    15:4
**prescription (1)**
    27:2
**present (1)**
    4:12
**press (4)**
    33:25;34:5,7,8
**pressure (12)**
    20:6;21:14,15,17,
    18,23;27:13;48:7;
    65:17,20,21;66:1
**pretty (3)**
    61:8;66:25;71:24
**previous (1)**
    34:1
**Price (2)**
    90:17;91:25
**primary (2)**
    65:2,11
**prior (1)**

53:20
**Prison (23)**
    4:12;8:13;9:12;
    10:22;11:7;13:17,17,
    18,21;15:16;16:16;
    23:13,14;36:19;
    46:21;54:7;55:18;
    62:11;63:11,14,22;
    73:2;100:3
**prisons (2)**
    13:19;93:25
**Probably (11)**
    20:9;24:19;27:19;
    34:16;59:2;68:1;
    85:15;89:17,17;
    98:25;100:2
**problem (2)**
    15:20;25:1
**problems (2)**
    7:24;21:15
**Procedure (1)**
    4:11
**profession (1)**
    92:16
**progressed (2)**
    16:7;98:20
**prohibited (1)**
    11:19
**pronounce (1)**
    55:12
**provided (5)**
    40:7,9,18,24;41:2
**provider (2)**
    65:3,11
**provoke (1)**
    38:18
**pulled (1)**
    52:25
**pulse (1)**
    65:22
**pulses (5)**
    58:19,25;66:11;
    67:5;69:16
**purple (1)**
    98:12
**purposes (2)**
    4:8,9
**pursuant (1)**
    4:8
**pursue (2)**
    88:8,22
**pushing (1)**
    91:4
**put (30)**
    18:4;37:9;41:6,10;
    43:5;47:5;48:7;
    55:17;58:4;62:15,20;
    63:2,3;65:25;66:1;
    68:8;69:21,21;70:3,
    20,20;72:7,11,15;
    91:9,14;97:14,16,20,
    23

## Q

**quick (1)**
    63:25
**quickly (1)**
    78:3

## R

**ran (1)**
    70:21
**rather (5)**
    5:14;49:22;68:8;
    87:19,20
**Rayford (3)**
    57:19,19;59:11
**reach (2)**
    79:17,23
**read (2)**
    6:2,8
**real (5)**
    31:7;40:17;67:14;
    77:7;95:3
**really (5)**
    21:3;22:9;59:3;
    71:25;73:14
**reason (2)**
    21:12;51:20
**recall (28)**
    22:21;26:3;32:9;
    33:4,8,15;34:18,21;
    35:7,19;36:14;37:18,
    21;38:1,4,9,14;41:18;
    42:11,14;43:24;44:2;
    46:5;51:17;66:13;
    89:24;90:22;100:14
**recalling (1)**
    34:4
**receive (2)**
    43:19;48:16
**received (5)**
    11:9,11,14;12:5,8,
    23;13:3,10,19,21;
    33:16;54:22;80:3;
    89:14,16
**receiving (2)**
    33:8;49:13
**recent (2)**
    12:3,4
**recently (3)**
    52:23;90:15,17
**records (6)**
    14:14,24;15:1;
    51:8,17;58:3
**recover (1)**
    88:17
**recovery (1)**
    63:12
**RECROSS-EXAMINATION (1)**
    94:17
**Redd (1)**
    91:22

**REDIRECT (1)**
    98:7
**regardless (1)**
    93:2
**Regents (1)**
    5:1
**regular (2)**
    26:10;67:25
**regulated (1)**
    21:19
**relate (1)**
    52:16
**related (2)**
    20:6;96:9
**relation (1)**
    86:5
**remember (60)**
    13:1;24:6;26:25;
    33:17;34:21;35:14,
    16,21;36:2,6,14,23,
    24,24,25;38:20;
    39:11;41:4;44:14;
    45:9,10;50:21;51:2,7,
    9,13,15;52:4;54:3;
    57:6,10,16,21,24;
    58:18;59:3,9,12,24;
    60:13,14;61:1,3,3,4,
    12,17,20;62:1,3,4,13;
    65:20;67:5,18;68:18;
    69:15;77:20;78:21,
    22
**removal (1)**
    40:16
**remove (4)**
    22:14;24:2,3;30:19
**repeat (1)**
    5:11
**rephrase (1)**
    46:15
**report (3)**
    12:6;13:4,5
**reporter (4)**
    5:15;6:2;8:7;72:10
**reporter] (1)**
    4:16
**reports (10)**
    11:9,13,18,21,24;
    12:14,23;13:11,19,22
**represent (2)**
    4:25;73:13
**reserve (1)**
    6:8
**respond (3)**
    7:25;34:22,25
**response (1)**
    100:15
**restart (1)**
    53:5
**restroom (1)**
    44:22
**result (2)**
    8:21;15:22
**results (1)**

69:12
**return (1)**
    6:1
**review (3)**
    5:25;11:3;13:25
**reviewed (1)**
    14:14
**rewrap (1)**
    19:8
**right (108)**
    6:8;11:16;16:5;
    24:8;25:16;28:15;
    30:8,21,25;34:2;
    35:8;40:25;42:24;
    45:1;48:17,21;49:2,3,
    6;51:14,23;53:17;
    54:1,13,22;55:12;
    57:13,16;58:21,22;
    59:13,14;60:5,14;
    61:1,18;62:13,23;
    63:16;64:11,19;65:4;
    66:9,23;67:2,23;
    69:11;70:7,14,18;
    71:1,3,9,14,16,17,24;
    72:7,11,15,19;73:5,
    21;75:9,11;76:7,10,
    16;77:4;80:5,6;81:8,
    10,10,10;83:3,9;84:5,
    10,18;85:5,15;90:11,
    24;91:14;93:12;
    94:12,13;95:5,19,21;
    96:14,16,17;97:8,11,
    23;98:4,9,21;99:6,9,
    13,16,17,18;100:7,20
**rights (3)**
    17:10;18:1,17
**RN (1)**
    86:15
**roam (1)**
    32:21
**robbery (3)**
    9:13,16;10:3
**Robert (2)**
    90:17;91:25
**room (13)**
    27:12;33:1;37:9;
    44:20;55:17;56:18;
    57:23;63:3,10,10,12;
    84:6;100:13
**rot (1)**
    93:13
**rotate (1)**
    32:17
**rounded (1)**
    87:2
**rounding (2)**
    85:8;87:6
**rubbed (3)**
    69:22,23;70:10
**Rules (1)**
    4:10
**Running (2)**
    10:8,17

Case 1:17-cv-00172-JRH-BKE   Document 77-11   Filed 02/05/21   Page 115 of 119
GEORGE W. HARDY v.
GEORGIA DEPARTMENT OF CORRECTIONS

GEORGE W. HARDY
March 9, 2020

**ruptured (1)**
91:11

## S

**salivary (17)**
22:14;23:21;24:4;
27:24;28:10;29:12;
30:20;38:24;40:16;
47:15;61:14,22;
62:15;63:21;65:1;
78:20;100:4
**same (18)**
5:21;8:9;9:8;16:5,
15;21:12;44:5,6,18;
56:21,25;65:1;71:9,
12,13;92:17,19;100:2
**Saturday (1)**
19:20
**save (2)**
44:1;92:10
**saved (1)**
89:6
**saw (21)**
16:22,22;17:2,15,
15;18:12;27:6;37:25;
43:9,9,9;58:3;64:16,
18;70:12,15;80:17,
22;86:22,25;91:24
**saying (20)**
5:19;12:17;16:20;
19:4;28:17;33:4;
38:18;41:6;45:24;
47:25;52:9;59:10;
66:8,14;68:4;72:12;
77:10;81:18;86:11;
92:12
**school (4)**
7:5,10,11,12
**schools (1)**
7:9
**Scott (2)**
90:16;91:12
**scream (1)**
18:3
**screen (1)**
70:23
**searing-hot (1)**
48:25
**seat (1)**
97:2
**secluded (2)**
36:18;37:1
**second (3)**
14:4;57:2;61:15
**security (8)**
10:23,25;11:3,6,8,
10,12;17:5
**seeing (3)**
32:19;51:7;77:9
**seek (1)**
49:21
**send (2)**

70:16;90:19
**sent (13)**
6:12;29:14,16,18;
42:21;43:10;51:24;
55:8;63:11,20;69:13;
71:10;91:10
**sentence (5)**
9:12;10:5,8,16,18
**sentences (1)**
9:21
**separate (1)**
10:2
**Sergeant (2)**
37:7;55:17
**serious (1)**
12:4
**set (1)**
84:18
**settled (1)**
8:22
**settlement (2)**
8:22,23
**seven (2)**
24:20,21
**several (6)**
26:2;32:3;37:16;
53:2;68:12;94:19
**sewing (5)**
64:4,16,17,23,24
**Shakes (1)**
58:12
**shaking (1)**
5:14
**shape (2)**
16:22;18:12
**Shepard (7)**
5:3;17:19,20,22,
25;36:18;37:6
**shift (7)**
67:11,21,21,22,24,
24;68:2
**Shonte (3)**
5:3;18:8,9
**short (3)**
57:21;59:25;67:14
**shot (3)**
56:2,5;62:15
**show (2)**
19:2;95:7
**showed (4)**
17:12;32:24;70:23;
100:11
**shows (2)**
56:3,6
**sick (1)**
25:7
**side (5)**
58:16,16;62:9;
72:17,17
**sign (5)**
6:1,2,9;44:15;60:2
**signed (1)**
60:11

**similar (2)**
90:3;95:21
**sister (1)**
94:13
**sit (3)**
12:20,20;35:3
**Sitting (2)**
82:22;97:3
**situation (4)**
33:3;43:5;52:11;
60:8
**six (2)**
12:10,13
**skin (1)**
96:1
**slice (1)**
60:21
**slide (1)**
97:15
**slim (1)**
73:18
**smart (1)**
87:16
**smell (2)**
97:1,4
**somebody (13)**
18:20;19:4,11,11;
53:4;66:21;77:7,18;
80:17;85:13,13;
92:18;94:6
**someone (2)**
78:5;79:2
**sometimes (7)**
22:8,11,11,12;67:3,
23,24
**somewhere (2)**
61:16;91:7
**sore (2)**
96:5,6
**sores (3)**
95:4,18,21
**sorry (12)**
26:18;45:3;54:11,
13,16;56:25;57:13;
58:20;72:9;74:3;
79:1;96:14
**sound (2)**
35:3;74:22
**sounded (1)**
82:17
**Sounds (1)**
76:8
**Southern (1)**
4:6
**Spalding (2)**
7:10,11
**speak (3)**
22:17;26:5;80:12
**speaking (1)**
77:22
**special (2)**
23:18;41:25
**specialist (1)**

22:25
**specific (3)**
36:2;37:19;41:18
**specifically (10)**
14:2;15:23;16:24;
18:16;22:15;32:5,9;
36:1,10;59:12
**specifics (6)**
19:24;35:7,20;
38:1,9,14
**spell (1)**
51:11
**spent (1)**
55:1
**spoke (9)**
10:3;26:2;28:1;
33:7;41:16;63:5,5;
64:4;85:19
**spread (1)**
16:9
**squirted (1)**
70:8
**staff (20)**
12:6,24;13:6,14,
20;24:9;25:25;31:25;
33:19;34:13;35:19;
37:17;38:1,9;41:18,
20;42:12,24;44:18;
75:14
**stairs (1)**
37:9
**Stan (4)**
5:3;17:19,19;36:18
**stand (9)**
39:3;46:18;47:9;
48:7,12,13,13;57:11;
92:15
**standing (1)**
41:25
**staples (5)**
86:8,12,13,17
**start (11)**
28:7;20;29:1,8,21;
31:14;40:2;45:15;
57:25;86:12;100:1
**started (13)**
15:20;30:4,24;
31:16;39:14;46:4;
56:11;74:6;76:9;
86:13;91:8;98:22;
99:1
**starting (1)**
15:10
**State (14)**
4:12;6:14;8:15,16;
10:22;11:7;13:17,17;
15:16;16:16;42:17;
55:18,18;73:2
**statement (1)**
33:13
**States (1)**
4:5
**stating (1)**

28:13
**stay (2)**
30:2;61:7
**stayed (3)**
29:17;63:10;69:1
**stays (1)**
32:20
**stenographer (1)**
4:14
**stent (1)**
60:19
**stents (2)**
31:21;71:20
**step-mom (1)**
94:12
**stethoscope (1)**
65:23
**still (12)**
27:7,14;28:9,11;
37:7;39:21;46:17;
47:2,9;81:18,22;88:7
**stomach (1)**
91:2
**stood (3)**
32:25;33:1;42:4
**stop (4)**
24:18;49:12;77:24;
99:10
**stopped (10)**
35:23,24,24;39:12,
13,18;52:7;64:22;
68:6;69:25
**stopping (1)**
52:17
**street (4)**
20:12;47:3,4;94:4
**strike (2)**
81:14;92:15
**strong (1)**
51:24
**Stroud (1)**
55:17
**stuff (36)**
11:20;14:21;19:8;
20:11;26:11;27:13;
33:3;35:5;38:16;
39:16;43:3,4;44:12;
45:8;51:1;52:11;
53:1;55:10;57:9;
59:21;62:3,10;69:21;
74:7;75:18;76:14;
77:10,17;79:25;84:8;
85:25;86:1;91:18;
92:8,25;95:7
**sued (2)**
8:14;81:15
**suing (6)**
8:19;15:17;16:18,
21;18:11;19:18
**Sunderland (1)**
37:8
**suppose (1)**
92:19

**supposed (2)**
40:23;86:10
**sure (17)**
6:5;19:7;51:24;
52:18;59:1,10;60:23;
61:5,13;62:16;64:1;
76:8,12;88:13,15,15,
15
**surgeon (2)**
57:17,20
**surgeries (2)**
52:25;53:21
**surgery (59)**
22:14,15,21,23;
23:7,20;24:3,6,10,15,
17,24;25:2,4,16,19,
21,24;26:1;27:1,21,
23,24;28:8,10,14,25;
29:5,9,12,22;30:19;
31:21;38:24;39:17;
40:14;44:15;47:15;
51:22,25;52:17,17;
60:2,13,14,18;61:15,
22;62:16,24;63:13,
21;71:19;74:13;78:5,
18,19,21;100:5
**swear (1)**
4:15
**swelled (1)**
16:2
**swelling (2)**
96:21;97:10
**swollen (3)**
98:21,24;99:4
**sworn (3)**
4:16,19;92:14
**symptoms (3)**
32:1,23;98:11

**T**

**table (1)**
62:9
**taken] (1)**
44:23
**talk (13)**
15:9;16:11;26:1;
36:16;41:7;52:2,5,6;
58:22;59:23;62:25;
74:1;85:17
**talked (7)**
56:22,22;61:23;
62:14;63:2;77:13;
82:3
**talking (32)**
27:21;34:1;35:13;
45:1;47:13,14;49:1;
57:23;58:20;61:2,20;
63:4,18;64:2,3;68:5;
69:4,4,18;77:9;78:4;
79:8;81:23;82:16;
86:7,24;87:10;89:13;
91:21;94:3;99:8,22

**task (1)**
32:16
**Technical (1)**
51:5
**telling (10)**
12:2;16:1;26:16;
35:4;42:1;54:2;69:5,
25;78:22;80:1
**temperature (1)**
99:12
**ten (2)**
20:9;50:9
**tend (1)**
68:7
**tendon (2)**
95:9,13
**term (1)**
51:5
**terms (1)**
53:6
**test (2)**
59:2;70:20
**tested (1)**
20:12
**Testifies (1)**
4:20
**testify (1)**
35:15
**testing (1)**
59:19
**tests (1)**
42:12
**Thanks (1)**
98:5
**that'll (2)**
6:13;35:2
**therapy (1)**
48:19
**therefore (1)**
31:22
**thinking (1)**
32:12
**thinner (3)**
21:10,11;53:9
**thinners (1)**
24:13
**thinning (1)**
21:1
**thirty (1)**
7:4
**though (5)**
8:7;39:20;59:10;
92:21;100:10
**thought (6)**
19:20;27:7;53:7;
56:19;81:17,22
**threatened (1)**
36:18
**throat (2)**
22:25;24:7
**thrombosis (1)**
53:19
**throughout (2)**

27:4;45:14
**throwing (4)**
91:3,9;99:20,20
**tier (1)**
23:17
**Tim (2)**
27:6;73:20
**timeline (1)**
72:20
**times (11)**
23:10;31:13;39:16;
53:2;66:5;68:13;
85:19;89:15,18,19;
94:19
**Timothy (1)**
19:13
**tingling (1)**
31:7
**tip (1)**
98:13
**tire (1)**
46:24
**today (11)**
7:25;8:8;13:25;
14:9,9,17,25;72:20;
82:18,22;89:2
**toe (1)**
68:7
**toenail (1)**
98:13
**toes (1)**
48:24
**together (1)**
92:2
**toilet (3)**
90:17;92:1,1
**told (48)**
18:3;25:9;28:2,4;
31:19;32:4;37:19;
39:12;42:6,9;43:22,
25;44:14,17;52:10,
10,12,18;55:19,23;
56:18,19;60:1,7;62:6,
7,18;65:10;68:24;
71:20;72:19;77:18,
22;78:6;79:2;80:18;
81:7,10,12,25;82:4,6,
10;83:1;89:4,22;
100:10,14
**took (20)**
25:5,5,8;43:4;
45:17;55:10,13,14;
56:23;60:11;65:11;
69:9,21,22;70:6,8;
86:14,15,15;96:3
**tooth (1)**
52:25
**top (2)**
69:17;73:19
**total (2)**
30:8,14
**touch (5)**
58:23,24;66:11;

99:6,9
**touched (3)**
70:2;71:2;99:11
**touching (1)**
58:19
**toward (1)**
96:23
**towards (2)**
13:6,20
**transcript (4)**
5:25;6:1,3,12
**transferred (10)**
23:1,6;25:14;
42:17,18,20;43:13,
16;47:16;98:17
**tray (1)**
97:24
**treated (1)**
42:10
**treating (3)**
85:7;87:6;88:20
**treatment (13)**
17:1,7,23;33:8,16;
38:4;43:19;48:16;
49:13;53:6;85:2;
86:6;92:13
**tremotol (1)**
21:5
**Trental (2)**
20:24;21:6
**trententol (1)**
21:6
**T-R-E-N-T-O-Y-L (1)**
21:6
**trial (1)**
4:9
**tried (1)**
99:10
**trouble (6)**
39:8;40:2;71:15;
74:7;76:17,18
**truth (1)**
8:3
**truthful (2)**
36:14;45:9
**try (3)**
5:10;17:11;92:15
**trying (10)**
16:2;27:5;44:1;
51:16;54:2;59:17,18;
62:2;73:25;88:17
**tumor (1)**
91:11
**turn (2)**
93:4,10
**turned (3)**
16:2,8,8
**Twenty (1)**
50:15
**Twenty-eight (1)**
7:4
**twice (2)**
68:1,3

**two (13)**
7:2,9;13:1;26:24;
36:7;46:22;48:5,11;
68:14;73:22;74:7;
86:25;90:14
**two-thousand (1)**
74:10
**Tylenol (1)**
40:13
**types (1)**
13:11

**U**

**ugly (3)**
92:25;94:25;95:3
**under (2)**
4:10;16:19
**undergo (1)**
90:3
**understood (4)**
5:13;25:3;54:1;
82:17
**unfactual (1)**
33:13
**unit (26)**
15:13;16:5,15;
18:4,10,14;19:19;
23:16,18;26:11,14;
29:20;31:11;32:12,
15,18,19,20;42:1;
44:19;45:14;56:17;
64:21;73:21;74:5;
76:19
**United (1)**
4:5
**units (1)**
32:11
**unless (2)**
11:25;66:17
**unprofessional (1)**
86:2
**up (57)**
16:2;28:21;31:12;
35:22;37:8;39:15;
44:11,16;46:18;47:6,
9;48:11,12,13;49:11;
55:19;56:4,7,15;
57:11;58:7,15,21;
62:8,23;63:3,4;65:3,
23;66:13;69:23;
70:10,22,23;72:14,
16;73:21,21;74:5;
75:12,15;77:6;78:2;
80:19;84:9,18;91:3,9,
15;92:4;95:15,15;
96:8;98:14;99:4,20,
20
**Upon (1)**
42:25
**upset (1)**
66:25
**upstairs (1)**

Case 1:17-cv-00172-JRH-BKE   Document 77-11   Filed 02/05/21   Page 117 of 119
GEORGE W. HARDY v.
GEORGIA DEPARTMENT OF CORRECTIONS

GEORGE W. HARDY
March 9, 2020

37:9
**use (7)**
4:9;44:22;48:8,9,9;
65:23;83:6
**used (4)**
19:14,15;53:13;
73:20
**useful (1)**
68:6
**usual (1)**
34:23
**usually (1)**
29:6

**V**

**van (3)**
46:20;47:5;97:1
**vascular (6)**
50:25;57:17,20;
86:11,11,16
**vein (1)**
53:19
**verbal (2)**
70:16;84:22
**verbally (1)**
64:6
**verify (2)**
39:15;94:13
**view (1)**
12:18
**vile (1)**
23:24
**violated (3)**
17:10;18:1,17
**visually (1)**
18:5
**vitals (8)**
43:3,4;45:7,13,16,
18;65:19;67:3
**voiced (5)**
36:5,7;41:17,19;
42:8
**Volkswagen (1)**
73:18
**vomiting (1)**
100:15
**vs (1)**
4:3

**W**

**wait (8)**
5:19;27:16;47:21;
78:9,9,9;82:2,2
**waited (1)**
42:5
**wake (2)**
63:3,4
**waking (1)**
56:14
**walk (21)**
17:13;33:6;38:22;

39:6,13,13,21;46:13,
14,16,17;47:7,10,17,
22;48:1,6;66:20;
91:14,17,17
**walked (2)**
34:23;84:7
**walking (5)**
31:9;39:8;49:12;
84:8,8
**wall (1)**
18:5
**ward (2)**
44:25;91:17
**Warden (7)**
17:5,21;37:6;88:4;
91:22,22,23
**warm (11)**
40:24;41:2,7,8,14;
67:12,19;89:14;
97:12,20,23
**Washington (1)**
6:16
**watch (5)**
22:6;91:25;92:23,
23,24
**watched (6)**
46:22,23;47:4;
91:24;93:12;99:21
**water (2)**
41:10;64:17
**waxing (2)**
75:18;76:14
**way (9)**
54:8;63:21;74:15;
75:12,15,16;94:10;
99:4,4
**ways (1)**
22:6
**weapon (1)**
11:15
**week (3)**
25:6;54:10;78:17
**weekday (2)**
77:21;78:16
**weighed (1)**
49:11
**weight (6)**
57:11,14;58:4;
72:7,11,15
**Wells (3)**
5:3;18:8,9
**weren't (2)**
76:17;89:21
**West (4)**
5:4;18:23,24,25
**whatchacallit (1)**
66:1
**What's (3)**
50:14;75:13;86:14
**whatsoever (1)**
96:18
**wheelchair (5)**
42:2;92:4,6;96:2,3

**whole (8)**
7:21;15:22;27:5;
45:14;46:18;63:23;
67:8;91:19
**Wilson (18)**
4:13;6:4,13;22:19;
31:2;47:12,19;49:24;
50:4;51:10;73:9;
79:20;89:8,12;90:11;
94:16;98:8;100:20
**window (5)**
64:21;78:22;80:20,
23;97:3
**wing (1)**
52:10
**witness (11)**
4:15;9:5;28:24;
31:3;47:20;50:1,5;
51:13;89:3,7,10
**woke (3)**
44:16;55:19;62:23
**wondering (2)**
52:21;61:23
**word (3)**
94:10,10,11
**wording (1)**
78:11
**words (2)**
82:7,12
**wore (1)**
62:24
**work (4)**
39:18;65:3;73:20,
23
**worked (6)**
15:13;18:10;46:1;
49:10;74:5;76:1
**working (1)**
83:21
**worry (3)**
25:1,9;28:4
**worse (7)**
56:9,10;80:2;
93:14;96:6,6,24
**wound (2)**
48:18;97:6
**write (1)**
5:15
**written (1)**
15:5
**wrong (7)**
43:22,23;46:9;
55:4;64:8;74:17;99:3
**wrote (2)**
25:7;85:20

**X**

**X-rays (1)**
39:16

**Y**

**y'all (6)**
14:23;26:10;93:6;
94:2,3,8
**year (2)**
11:17;76:24
**years (14)**
10:17;12:12;17:15;
20:9;21:20;26:14;
50:9;73:24,24;74:6,
9;77:11,12;82:21
**yelling (1)**
36:20
**Yep (4)**
50:23;53:25;70:17;
98:3
**Young (33)**
19:13,18,19;27:6;
73:13,17;74:14;77:5,
7,13,19;78:6;80:3,4,
8,11,20,22,25;81:3,
17;82:20;83:8,18;
85:6,18;87:5,8,10,15,
24;88:8;89:5
**Yup (1)**
71:8

**1**

**1:00 (1)**
63:10
**1:17CV172 (1)**
4:5
**1:38 (1)**
100:22
**10 (1)**
12:21
**12A (1)**
37:8
**12-month (2)**
11:22,23
**12-months (1)**
11:24
**12th (2)**
35:18;36:2
**13 (1)**
36:6
**14 (2)**
36:6;92:2
**14A-1 (1)**
92:3
**14A-3 (1)**
92:3
**16 (1)**
54:23
**16th (6)**
30:17;37:16;54:15,
16;72:22,25
**17 (1)**
37:24
**18 (1)**
38:7
**19 (1)**
38:12

**1999 (1)**
77:3

**2**

**20 (6)**
10:7,7,7;12:21;
17:15;99:1
**2000 (3)**
74:16;77:2,3
**2000s (7)**
74:20,25;75:5,20;
77:14,15,16
**2001 (1)**
74:16
**2007 (1)**
20:21
**2010 (1)**
74:12
**2012 (1)**
74:12
**2014 (1)**
74:12
**2015 (20)**
22:15;31:25;33:19;
34:13;35:18;36:2;
37:16,24;38:7,12;
51:9;74:13;78:4;
81:23;82:24;84:13;
86:23;89:15;90:4,5
**212 (1)**
37:9
**22nd (1)**
63:23
**237 (1)**
49:11
**23rd (3)**
29:3;30:17;42:19
**24 (1)**
54:23
**24th (8)**
25:22;41:23,23,24;
42:18,19;54:8;63:23
**2A (9)**
15:13;16:14;35:22;
75:1;78:21;80:22;
83:4;84:25;88:19
**2nd (4)**
31:25;33:8;34:2,3

**3**

**3 (1)**
23:17
**3A (6)**
75:2,3;76:3;77:1;
84:25;88:19
**3rd (1)**
63:24

**5**

**542758 (1)**

6:18
**586 (1)**
  92:24

---

### 6

**6A (2)**
  18:5;91:5
**6th (4)**
  22:16;25:23,24;
  29:3

---

### 8

**85 (1)**
  46:24

---

### 9

**90s (3)**
  75:19,22;76:10
**99 (6)**
  74:16;75:6,8,11;
  77:2,3
**9th (5)**
  33:19,22;34:12;
  35:8,12



AUGUSTA SCRIBES COURT REPORTERS
4 George C. Wilson Court, Suite A
Augusta, GA 30909
Phone: 706-854-1188

June 2, 2020

Mr. Peter F. Fisher, Esq.
GEORGIA DEPARTMENT OF LAW
40 Capitol Square S.W.
Atlanta, GA 30334

In Re:  George Washington Hardy
George W. Hardy vs. Georgia Department of Corrections, et al.
Case Number: 1:17-cv-00172-JRH-BKE
Date: 03/09/2020

Date of Job: 03/09/2020

Dear Mr. Fisher:

Enclosed is the sealed deposition transcript taken in the above-referenced matter.

The transcript is filed unsigned. Thirty (30) days have elapsed since notice was sent regarding the opportunity to read and sign.

Respectfully,

Production Department

cc: Edwin Wilson, Esq.
    Annarita L. McGovern, Esq.