IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GEORGE W. HARDY,<br><br>    Plaintiffs-Appellee,<br><br>vs.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS,<br>et al.,<br><br>    Defendants-Appellants. | Case No. CV 117-172<br><br>Appeal No. 21-13112-JJ |

O R D E R

The order in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this _6th_ day of _October_, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA